# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON PAINE, on behalf of himself individually and on behalf of those similarly situated, | : : : | |
| Plaintiff, | : : | CIVIL ACTION<br>No. 2:19-cv-00723-AB |
| v. | : : | |
| IKEA HOLDING US, INC., et al., Defendants. | : : | |

## ORDER

**AND NOW**, this 23rd day of January, 2020, it is **ORDERED** that IKEA's Partial Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 18) is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. The motion is **GRANTED** as to the disparate impact claims based on the Leadership Development Policy, Screening Interview Policy, and Diversity Policy (First Amended Complaint Count II, ¶ 145(c)-(e), ECF No. 17). The disparate impact claims based on the Leadership Development Policy, Screening Interview Policy, and Diversity Policy of Plaintiff's First Amended Complaint are **DISMISSED WITH PREJUDICE**.

2. The motion is **DENIED WITHOUT PREJUDICE** as to the Potential Policy and the Relocation Policy (First Amended Complaint Count II, ¶ 145(a), (b)). IKEA may raise its arguments again at the summary judgment stage.

                                                                            _S/ ANITA B. BRODY, J._
                                                                            ANITA B. BRODY, J.

Copies **VIA ECF** on 01/23/2020 to:                    Copies **MAILED** on _____ to: