IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK DONOFRIO, <br> *on behalf of himself individually* <br> *and on behalf of those similarly situated,* <br> Plaintiff, <br> <br> v. <br> IKEA US RETAIL, LLC <br> Defendant. | CIVIL ACTION <br> No. 2:18-cv-00599-AB |
| WILLIAM V. ANTONELLI, JR., <br> *on behalf of himself individually* <br> *and on behalf of those similarly situated,* <br> Plaintiff, <br> <br> v. <br> IKEA HOLDING US, INC., *et al.* <br> Defendants. | CIVIL ACTION <br> No. 2:19-cv-01286-AB |
| BRANDON PAINE, <br> *on behalf of himself individually* <br> *and on behalf of those similarly situated,* <br> Plaintiff, <br> <br> v. <br> IKEA HOLDING US, INC., *et al.* <br> Defendants. | CIVIL ACTION <br> No. 2:19-cv-00723-AB |

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
AND EQUITABLE RELIEF

Plaintiffs, Frank Donofrio, William V. Antonelli, Jr., and Brandon Paine, individually and in behalf of those similarly situated, by and through their attorneys, respectfully move this Court for Partial Summary Judgment and Equitable Relief under Fed. R. Civ. P. 56(a) as to each Collective Action as

named in the above caption. In support of this Motion, Plaintiffs rely on the accompanying Brief, which includes a Statement of Undisputed Facts.

Plaintiffs request that the Court enter the proposed Order submitted herewith.

        Respectfully submitted,

        **CONSOLE MATTIACCI LAW, LLC**
        <u>/s/ Susan M. Saint-Antoine</u>
        Stephen G. Console
        Laura C. Mattiacci
        Susan M. Saint-Antoine
        Caren N. Gurmankin
        Evelyn Kallenbach
        Madison Provorny
        1525 Locust Street, 9th Fl.
        Philadelphia, PA 19102
        (215) 545-7676 (phone)
        (215) 545-8211 (fax)

        Attorneys for Named Plaintiffs,
        Frank Donofrio, Brandon Paine and William Antonelli
        (*on behalf of themselves individually and on behalf of those similarly situated*)

June 3, 2024