**INDEX OF EXHIBITS**

| Exhibit | Description | Bates | Notes |
|---|---|---|---|
| 1 | Excerpts of Deposition of Sari Brodi | | |
| 2 | People FY13 Business Plan | IKEA-032980-85 | "Confidential" |
| 3 | Excerpts from Deposition of Simon Lowes (30(b)(6) | | |
| 4 | Hearing Transcript | | |
| 5 | US Succession Planning Process FY12-14 | GORBECK-1031-43 | |
| 6 | US Store Succession Planning Process for FY12-14 Template | IKEA-030756-79 | "Confidential" |
| 7 | IKEA Group People Strategy 2020 (Updated: April 2015) | IKEA-3010-3026 | "Confidential" |
| 8 | Email from DeChamps re: Updated US Diversity Statistics and Analysis, attaching 9.1.2014 Steering Report | IKEA-100125, attaching IKEA-100126 | |
| 9 | Email from DeChamps re: Retail People Plan FY15-18 (Jan. 27, 2017), attaching Retail People Plan Now FY18 | IKEA-100290, attaching IKEA-100291-93 | "Confidential" |
| 10 | Diversity & Inclusion FY15 Recap | IKEA-047091-143 | |
| 11 | Email from Ixtabalan re: Kick-Off NA D&I Network Meeting (Jan. 4, 2016), with attachments | IKEA-101714-5, attaching IKEA-101716-23, IKEA-101764-83, IKEA-101724-63 | Attachments "Confidential" |
| 12 | Great Place to Work Business Plan FY17-19 | IKEA-103004-12 | "Confidential" |
| 13 | Business Plan FY17 "Great Place to Work," with attachments | IKEA-103000-02, attaching IKEA-034574-76, IKEA-034577-78 | Attachments "Confidential" |
| 14 | Email From Brody re: our equality booklet, attaching IKEA Group Diversity & Approach "Going All In on Equality" | IKEA-041259-60, attaching IKEA-041261-81 | |
| 15 | Excerpts from Fantauzzi Deposition | | |

# Ex. 1

**In The Matter Of:**

*FRANK DONOFRIO v.*

*IKEA US RETAIL, LCC*

---

*SARI BRODY*

*July 17, 2023*

---

*Terry Burke Reporting*

*Registered Professional Reporters*

*terryburkermr@gmail.com*

*(215) 205-9079*

Min-U-Script® with Word Index

1  those specific, do not ask about age or

2  family statures or family situation.  Those

3  would be really personal questions that are

4  irrelevant so that would not be something you

5  would ask or, sorry, or that I would tell

6  people.

7              (Exhibit P-109 was marked for

8  identification.)

9  BY MS. SAINT-ANTOINE:

10   Q.  Miss Brody, I've just marked as exhibit

11  P-109 --

12   A.  Yes.

13   Q.  -- a document that has Bates number

14  IKEA-032980.

15   A.  I opened it.  It's in front of me.

16   Q.  Okay.  I still want to get the Bates

17  number on, on the record.

18   A.  Yes, yes.

19   Q.  032980 through IKEA-032985.

20              Do you have that document in front

21  of you?

22   A.  I do.

23   Q.  Can you identify what this document is?

24   A.  People FY 13 Business Plan.

1    Q.   Is this document familiar to you?

2    A.   Yes.  I mean, I don't remember what it

3    says, but yes.  That was the HR department in

4    U.S. IKEA Business Plan.

5    Q.   Did you receive a copy of this document?

6    A.   Most likely, yeah.  I was one of the

7    members who were responsible.

8    Q.   So what did -- well, first let me ask

9    you, what are the dates for fiscal year '13?

10    A.   Fiscal year '13 starts in September 2012

11    and ends in August 2013.

12    Q.   And what is the People Business Plan?

13    What is the People FY 13 Business Plan?  Is

14    this for --

15    A.   People was the name of the department.

16    So what others called HR department, we

17    called people, people strategy, people plan,

18    people, people.

19    Q.   And what is --

20    A.   HR you would consider it.

21    Q.   What's the business plan?  What's that?

22    A.   It's how to work with these areas.  Do

23    you want me to -- to go specific?  I don't

24    know what you want me to do.

# Ex. 2



# People FY13 Business Plan

**Plan Responsible:**
Country HR: Neena Potenza, neena.potenza@ikea.com, 8100-5515
Leadership/Competence:  Sari Brody, sari.brody@ikea.com, 8100-5579
Succession responsible: Cathy Blair, catherine.blair@ikea.com, 8100-5580
Co-worker Relations: Mary Lou Begg, marylou.begg@ikea.com, 8100-1580
HR Operations: KC Olafsson, kc.olafsson@ikea.com, 8100-5409
HR Business Navigation:  Laurie Gorbeck, laurie.gorbeck@ikea.com, 8100-5215

## FY13 Goals

| | FY10 (actual) | FY11 (actual) | FY12 Goal | FY13 Goal |
|---|---|---|---|---|
| **Turnover** | 29.9% | 27.4% | 25% (pacing at 29.6%) | 25% |
| **VOICE Index** | 636 | 721 | 731 | 741 |
| **VOICE Gap** | 104 | 118 | 100 | Less than 100 |
| **Leadership Index** (% over 60) | 77% over 60 | 80% over 60 | 82% over 60 | 85% over 60 |
| **Co-worker Competence** (ICSS)<br><br>Attitude of staff and willingness to help<br><br>Having staff available if needed | 76% (CSI)<br><br>66% (CSI) | 59% (ICSS)<br><br>46% (ICSS) | 70% (ICSS)<br><br>60% (ICSS) | 70% (ICSS)<br><br>60% (ICSS) |
| **Succession Goal –** Time in Position 3-5 Years for SSG | 37% | 39% | 50%<br><br>(48.7% FY 12) | 60% |
| **Succession Goal –** Gender balance (SSG) | 47F / 53M | 48F / 52M | 50F / 50M | 50F / 50M |

© Inter IKEA Systems B.V. 2011

| | | | 1 SSG member < 30. 1-2 mgt potentials < 25 (15 SSG members FY12) | 1 SSG member < 30. 1-2 mgt potentials < 25 |
|---|---|---|---|---|
| **Succession Goal** – Age distribution | N/A | | | |

## People Focus Areas FY13-15

1. IKEA Spirit

2. Succession and Potential

3. Building Business Competence

4. Leadership for Performance

Our focus for FY13-15 continues to be on the IKEA Spirit. We have been defining our organization structure, anchoring our key HR processes of recruitment, competence development, succession planning and all our HR transactional processes performed by the HRSC. This has established our platform and allowed for execution in a consistent and collaborative way.  We will focus our efforts on partnering with our Matrix responsibles and stores to better attract, develop and inspire all of our co-workers in order to achieve the business objectives and drive sales growth through competent and high performing co-workers.  We will use our IKEA values as a base when engaging with co-workers through coaching and team development.  We will need to maintain our concentrated efforts of creating *"a trustful work environment where we all communicate openly and work together to deliver to our extraordinary growth goals, meet our customer's expectations and live our values everyday."*


## FY13 Action Plan

1. **Strengthen the IKEA Spirit** by living our culture and values everyday thereby building better and sustainable relationships with our co-workers and be seen as the "employer of choice."

   It is critical that we are able to live our culture and values everyday in the true spirit of IKEA. Our uniqueness as an employer will secure our co-workers chose to stay and grow at IKEA while at the same time meeting our customers with home furnishings knowledge and exceptional service. We are creating a trustful work environment, where leaders proactively manage co-worker relations, communicate openly and work together to deliver to business goals.  We will engage and connect with our co-workers to motivate them about being the leader in life at home.

   ### FY13 Actions

   - Code of Conduct – We will have our initial workshop in April 2012.  Based on the feedback from the workshop participants (Store Managers, HR Managers, Operations Managers), we will provide the organization with an implementation "toolkit" to facilitate the introduction of the Code of Conduct to all locations in FY13.

© Inter IKEA Systems B.V. 2011

IKEA-032981

- <u>Co-worker Relations</u> – We will work towards building better and sustainable relationships with all our co-workers based on mutual respect.
  - We will continue to work with our Co-worker Principles by providing the locations with support and materials to assist them in properly interpreting the Principles when facing activity from co-worker associations or when receiving a petition for recognition from a union.
  - We will also secure organizational competence when it comes to our approach with unions and train all managers, including Matrix responsibles in the Service Office.
  - We will support our launch of the co-worker handbook and HR Policies by providing a broad communications package to all locations assisting them with the launch of new Everyday Work Ways; a multi-layered, transparent approach permitting the coworkers access to all our policies; complete with identified Coworker and Manager Responsibilities.

- <u>Performance Management</u>
  - We will work with the Global Performance Management materials, arriving in T1, to ensure we are prepared for a FY14 launch of a new common performance management process.

- <u>ico-worker.com</u> – We will enhance this site to be our primary channel of communication to our co-workers, to stimulate co-worker involvement, create a place for our co-workers to share how they can be the "leader in their life at home" and at the same time create a greater awareness and understanding of our Total Offer (work environment, culture and values, job opportunities, compensation and benefits) through better communication.  We will implement the Career Page in Tertial 1 that was piloted during FY12.

- <u>IKEA Way</u> – We will actively participate in this new global program, with our goal to have our Store Managers and Service Office Function Managers be a part of this inspiring and challenging learning experience - which is anchored in the IKEA Concept, how we work together in different processes, the business direction and our unique IKEA culture - to be motivated and engaged in developing their organization after participating.

- <u>Total Offer Communication Strategy</u> – Through our tiered approach we will communicate our current Total Offer, starting with our Total Benefits Offer with a focus on Compensation and Benefits.  This will include a comparison to other companies.  We will explore a strategy around wellness by engaging co-workers in their health and we will pilot one program in FY13.  We will update and re-introduce the INSPIRE Brochure to reflect our new initiatives added to our total offer.

© Inter IKEA Systems B.V. 2011

- <u>Culture and Succession Store Visits Findings</u> – We will take the results from the FY12 Tertial 3 Store Visits to reinforce our ways of working ensuring our IKEA Spirit is a living reality in our stores.

## 2. Succession and Potential to create a sustainable breakthrough in securing talent

We will focus on our Succession Strategy as a key business driver to secure our talent of today and tomorrow. We will utilize our existing process and establish goals for FY13-15. We will work with Matrix responsible to establish function based succession goals and actions in addition to location goals.

### *FY13 Actions:*

- <u>Succession Strategy</u> – Analyze the US Succession bench and create actions per location and per function to meet specific succession gaps.  Link to <u>Succession process</u>

- <u>High Potentials Strategy</u> – Introduce a high potential strategy that will address recruiting for potential, identifying a diverse pool of high potentials, assessing high potentials, a fast track development plan process and succession and promotion tracking processes.   This will be launched at the end of FY 12 to then be implemented in FY13.

- <u>Matrix Way of Working</u> – Each Matrix responsible owns succession within the function.  During FY13, Matrix responsible will increase their communication with their SSG partners on a regular basis, provide development input for SSG members, assist in identifying SSG successors and provide development input for SSG successors.  In addition, they will partner with USHR to analyze the succession bench within the function and create actions to support the recruitment and development of SSG successors for their function.

## 3. Building Business Competence (Competent and high performing Co-workers through strong leadership)

The focus is on meeting our customers with competent and high-performing co-workers whose knowledge of home furnishings and exceptional service drive sales growth, repeat visits as well as broadens our customer base.  We will partner with our Matrix responsible to develop and anchor function specific processes and tools that enhance co-worker's competence and increase co-worker engagement to meet our customers' expectations.

### *FY13 Actions:*

© Inter IKEA Systems B.V. 2011

- <u>Common Competence Direction</u>- We will adapt the global competence direction to US needs and align all locations with a common competence development approach

  o Common Retail Learning Offer – we will implement Global Common Learning Offer; priority areas for FY13 being Sales, Comm&In, Customer Relations, IKEA Food and Marketing

- <u>Function Driven Competence Development</u> – We will work with matrix partners to develop function specific tactics that will support the US competence direction and the business plan.  Including:

  o Learning Networks – We will enhance learning networks to proactively build knowledge.

  o Lead Trainers – We will utilize our high performing managers from stores to lead training programs and update them to reflect stores' needs.

  o Alternative learning methods and programs to replace the competence centres for building new manager's skills and providing a solid introduction to IKEA and the function.

- <u>High Performing Learning Organization</u>- We will offer various competence development opportunities to support a learning culture, while delivering to business results, including:

  o Learning in the Business – by utilizing the Learning in the Business approach/booklet with all managers to reinforce learning while performing.

  o Exploring and developing team based learning approach that will support meeting business needs and reinforce our values of togetherness and enthusiasm.

  o Self Managed Learning (SML) as a newly introduced methods for learning and development

- <u>Global competence profiles</u> – We have piloted the Global Competence Profiles in FY12 for Logistics.  Based on the learning from the pilot we will adapt our approach and apply it for the rest of the functions to have a complete roll out package in FY13 for full implementation in FY14.  During this process, we will also re-evaluate each position's pay grade and work to have alignment with the Global IPE process.

## 4. Leadership for Performance

We will establish a leadership culture that is based on IKEA values with clear expectations, capabilities and behaviors.  This will enable our diverse leaders to develop, motivate and engage our diverse co-workers.

© Inter IKEA Systems B.V. 2011

CONFIDENTIAL                                                                                 IKEA-032984

*FY13 Actions:*

- <u>Leadership Strategy</u> – We will establish a Leadership culture that is based on IKEA values, with clear expectations, capabilities and behaviors, enabling our diverse leaders to develop, to motivate and to engage our coworkers. In FY13, our focuses will be:
  - o Establishing the IKEA Leadership Approach:
    - Roll out a new Salaried PE form reflecting the new IKEA Leadership Capabilities.
    - Utilize the new 360 tool to follow up, measure and develop the IKEA Leadership Capabilities among our leaders.
    - Follow up on VOICE Leadership Index to identify capabilities that require further development.
    - Work with stores, SSG and managers whose leadership index is less than 60.
  - o Working with Peer Coaching and Mentoring relationships to help support coworkers in delivering to the business growth and meeting the customer.
  - o Launching the Global Change Management process once it is completed globally.
  - o Supporting SSG leadership development by providing a toolkit that can be used with or without an external facilitator, to help drive the business and establish the culture of the store.
  - o Launching of the Global Leadership Development Platform for full implementation in FY13; supports leaders developing their core leadership capabilities.

  All timelines are defined in the Tactical Plan. Link to <u>US Leadership Approach Toolkit</u>

## <u>Timeline</u>

See FY13 HR Annual Cycle for more specific dates and weeks (to be published in June 2012).

© Inter IKEA Systems B.V. 2011

Ex. 3

**In The Matter Of:**

*FRANK DONOFRIO v.*

*IKEA US RETAIL, LLC*

---

*SIMON LOWES*

*August 16, 2018*

---

*Terry Burke Reporting*

*Registered Professional Reporters*

*terryburkermr@gmail.com*

*(215) 205-9079*

Min-U-Script® with Word Index

SIMON LOWES                    183

```
 1   a diversity policy in place.
 2       Q.  I am not asking you to speak with
 3   certainty.  Again, and I want to be clear as
 4   you are speaking as the designated
 5   representative of defendant.
 6              Can you address whether one was
 7   in effect or not?
 8       A.  I can't address whether it was in
 9   effect or not.
10              MS. SAINT-ANTOINE:  Would you
11   mark this, please, Terry.
12              (Donofrio-68 was marked for
13   identification.)
14   BY MS. SAINT-ANTOINE:
15       Q.  Mr. Lowes, this is Donofrio-68, and
16   it has a Bates stamp of IKEA 003010 through
17   IKEA 003026.
18              Does this document reflect any
19   policies or practices applicable to talent
20   acquisition, leadership development,
21   assessment of performance potential or
22   promotions during the period from
23   January 20th, 2016, through the present?
24       A.  There are no policies or practices in
```

1  this document.

2      Q.  How about IKEA 3019?

3      A.  Performance and development was a

4  process.

5      Q.  Where are you, sorry?

6      A.  003019.

7      Q.  Yes.

8      A.  That is a process.

9      Q.  As distinct from a policy or

10  practice?

11      A.  This is a global document, so there

12  would be a US specific practice.

13      Q.  How do you know that this is a global

14  document and what do you mean?

15      A.  It says IKEA Group People Strategy

16  2020.

17      Q.  What does that indicate?

18      A.  That indicates it's the people

19  strategy for the IKEA Group.

20      Q.  Does it apply to defendant?

21      A.  It applies to the IKEA Group.

22      Q.  Does it apply to defendant?

23      A.  The defendant would develop its own

24  people strategy.

SIMON LOWES                          185

1      Q.   Would it be guided by this document?

2      A.   This document would be reviewed when

3   developing the US document.

4      Q.   Reviewed by who?

5      A.   The US country management team.

6      Q.   And they are located in Conshohocken?

7      A.   Yes.  At the service office.

8      Q.   Are they employees of defendant?

9      A.   IKEA North America Services, LLC, is

10   their employer.

11      Q.   Who has access to this document?

12      A.   All co-workers that have access to a

13   computer.

14      Q.   Would you turn to IKEA 3025.  Are you

15   at that page?

16      A.   Yes.

17      Q.   Under "Leadership and Diversity,"

18   there is a bullet and then it says, "Every

19   IKEA unit has defined diversity goals."

20           What does "every IKEA unit," what

21   does that refer to?

22      A.   As a global document, I don't know

23   what that specifically refers to.

24      Q.   When it refers to diversity goals, do

```
 1   BY MS. SAINT-ANTOINE:
 2        Q.  This is IKEA 2976 through 2984.
 3        A.  Yes, Donofrio-78 was in effect during
 4   the time period.
 5             MS. SAINT-ANTOINE:  Would you
 6   mark this one, please, Terry.
 7             (Donofrio-79 was marked for
 8   identification.)
 9   BY MS. SAINT-ANTOINE:
10        Q.  This is Donofrio-79.  It has a Bates
11   of IKEA 3000 through 3009.
12             Was this in effect during the
13   time period?
14        A.  So the Growing IKEA Together 2020
15   strategy was in effect during the time
16   period, however, this document, I don't know
17   if this specific document was in effect as
18   the strategy was continually updated.
19        Q.  Was it in effect as far as defendant,
20   does this reflect the Growing 2020 IKEA
21   Together strategy or policy of defendant?
22        A.  So the defendant would create each
23   year a business plan specific to the US.
24        Q.  In the creation of that document, was
```

# Ex. 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FRANK DONOFRIO, et al,        .    Case No. 2:18-CV-00599-AB
                             .
            Plaintiff,       .
                             .    U.S. District Court
      v.                     .    James A. Byrne U.S. Courthouse
                             .    601 Market Street
IKEA US RETAIL, LLC et al.        Philadelphia, PA 19106
                             .
            Defendant.       .
                             .    August 22, 2018
. . . . . . . . . . . . ..         10:00 a.m.

              TRANSCRIPT OF MOTION FOR DISCOVERY
             BEFORE HONORABLE ANITA B. BRODY
               UNITED STATES DISTRICT JUDGE


APPEARANCES:

For FRANK DONOFRIO:          SUSAN M. SAINT-ANTOINE, ESQ.
                            BRIAN FARREL, ESQ.
                            CONSOLE MATTIACCI LAW
                            1525 LOCUST STREET, 9th FLOOR
                            PHILADELPHIA, PA 19102
                            (215) 545-7676
                            Email:  santanto@consolelaw.com


For IKEA:                    LEIGH ANN CULPAN, ESQ.
                            PAUL LANCASTER ADAMS, ESQ.
                            OGLETREE DEAKINS NASH SMOAK & STEWART
                            1735 MARKET STREET, SUITE 3000
                            PHILADELPHIA, PA 19103
                            (215) 995-2819
                            Email: leighann.culpan@ogletree.com


Audio Operator:             Andrew J. Follmer

Transcriber:                UBIQUS REPORTING, INC.
                            61 Broadway, Suite 1400
                            New York, NY 10006
                            212-346-6666
                            Email: infousa@ubiqus.com


            Proceedings recorded by electronic sound
      recording, transcript produced by transcription service.

 1  You just cited them.

 2          MS. SAINT ANTOINE:  Oh, I'm sorry.  This is Ms. Saint

 3  Antoine.  I thought you were talking to the Defendant.  No.  We

 4  don't have the documents we need, Your Honor.  We have one

 5  example that we have the posting that was on Brass Ring.  Of

 6  the posting we have no information and no documents pertaining

 7  to these programs, or the leadership development programs where

 8  IKEA is still putting out this message of wanting young talent.

 9  So this is --

10          THE COURT:  All right.  Okay.  Ms. Culpan, do those

11  exist?

12          MS. CULPAN:  Your Honor, this is Ms. Culpan.  So the

13  young potential program that Ms. Saint Antoine is referencing

14  that they have the document for, it's a program that did not

15  apply to Defendant's employees.

16          THE COURT:  All right.  Okay.  Let me tell you,

17  you're going to give her the documents and then you can argue

18  that at a later date.  She has a right to see them, and then

19  she can explore whether or not they apply to you.  But if such

20  a document exists, you're ordered to turn them over.  What

21  other document -- what other evidence do you have Ms. Saint

22  Antoine?

23          MS. SAINT ANTOINE:  This is Ms. Saint Antoine.  Your

24  Honor, the other documents that we attached to our motion is

25  called US Goals.  And it actually lays out age distribution in

1    SSG.  We know now that that means Store Steering Group position

2    with one to two members under 30 and it says SSG, the store

3    steering group include at least one member under 30 by the end

4    of 2013, USMT, US Management Team includes at least one member

5    under 35 by the end of 2015.  We just had deposition testimony

6    on Monday from a former employee who testified as to the

7    constant and consistent message from the IKEA Group that it

8    wanted young managers to fill a global need for operations.  He

9    testified as to the existence of these goals and then,

10   importantly, he testified that the leadership, the store

11   steering group met on a regular basis with human resources and

12   human resources provided metrics to track these goals in a

13   yearly global report.  We haven't gotten any documents

14   reflecting these goals that are specifically in age terms and

15   any documents specifically that track the metrics.  And these

16   are -- he testified that these were discussed globally; it was

17   a big deal every year.  We haven't seen them.  We have one page

18   of this document, US Goals.

19            THE COURT:  I assume that exists, Ms. Culpan.

20            MS. CULPAN:  So, yeah.  She brings up two issues and

21   so if you'll just give me the time to address those.  First is

22   the US Goals document.  They produced one page from what looks

23   like a PowerPoint presentation from 2011.  We have been

24   searching for any documents related to this one page for the

25   last several months, but as Your Honor might understand,

# Ex. 5

28/08/2018





EXHIBIT
PENGAD 800-631-6989
Donofrio 117
KM 8-28-18

28/08/2018

---

Needs
Analysis

# US FY12-14 Needs
## US Strategy-Related Needs

- Succession is our priority and is included in our Business Plan for FY12-14.
  - Corner Stone #3: it is through our people that we build IKEA today and will be able to develop IKEA in a successful way for the future.
  - Priority 2: create a sustainable potential and succession process.
- US Business strategies that require planning for successors:
  - Expansion plans
  - Key positions (changes to meet business needs)
  - Export of talent
  - 200+
  - Other

© Inter IKEA Systems B.V. 2011                                                    3

---

Needs
Analysis

# FY12-14 Needs
## Matrix Partners input in agreement with Stores' input

| Store Key Position | Current Vacancies | Performance Risk | Time in Position >3 and @ Risk of Moving | | | US Strategy-Related Needs | | | Total Needs FY12-14 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FY 12 | FY 13 | FY 14 | FY 12 | FY 13 | FY 14 | FY 12 | FY 13 | FY 14 |
| Store Manager | | | | | | | | | | | |
| Sales | | | | | | | | | | | |
| Logistics | | | | | | | | | | | |
| ComIn | | | | | | | | | | | |
| HR | | | | | | | | | | | |
| Operations | | | | | | | | | | | |
| Customer Service | | | | | | | | | | | |
| IKEA Food | | | | | | | | | | | |
| LMS | | | | | | | | | | | |
| Total | | | | | | | | | | | |

28/08/2018





28/08/2018



• **Gap Analysis** determines the number of vacancies we need to fill each year (how many successors do we need to develop and by when).

• **SSG Summary** provides us with data about time in position, age and gender of our current SSG members.

• **US Goals** address the lack of gender balance and young potentials among current SSG members.

© Inter IKEA Systems B.V. 2011

8

GORBECK 1034

28/08/2018

| Gap Analysis | Current Reality: Steering Group Summary (Feb 2011) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Steering Mgrs. Function (#) | # (%) < 1 yr. in position | # (%) >1 yr. and <3 yrs in position | # (%) > 3 yrs. in position | (%) Women/Men | Under 30 | Open Positions | Under Performing | High Performance/High Potential |
| SM (38) | 4 (11%) | 11 (28%) | 23 (61%) | 34%/66% | 0 | 1 (3%) | | |
| DSM (9) | 7 (78%) | 0 (0%) | 2 (22%) | 22%/78% | 0 | 0 (0%) | | |
| Sales (35) | 11 (31%) | 13 (38%) | 11 (31%) | 34%/66% | 0 | 2 (6%) | | |
| Logistics (37) | 10 (27%) | 14 (38%) | 13 (35%) | 30%/70% | 0 | 1 (3%) | | |
| ComIn (37) | 7 (19%) | 14 (38%) | 16 (43%) | 78%/22% | 0 | 1 (3%) | | |
| HR (36) | 8(22%) | 9 (25%) | 19 (53%) | 75%/25% | 3 | 1 (3%) | | |
| Operations (38) | 11 (29%) | 14 (37%) | 13 (34%) | 42%/58% | 2 | 1 (3%) | | |
| Customer Service (37) | 16 (43%) | 8 (22%) | 13 (35%) | 42%/58% | 2 | 2 (5%) | | |
| IKEA Food (34) | 6 (18%) | 14 (41%) | 14 (41%) | 41%/59% | 1 | 4 (12%) | | |
| LMS | N/A | N/A | N/A | N/A | N/A | N/A | | |
| Total (301) | 93 (29%) | 97(32%) | 124 (41%) | 49%/51% | 10 | 13 (4%) | | |

© Inter IKEA Systems B.V. 2011

---

| Gap Analysis | # Demographics Summary SSG US Organization |
|---|---|

- Time in Position - Only 39% of our SSG members stay in position more than 3 years compromising competence, stability and group dynamics, all of which impact store performance.

- Age - SSG median age is 41 with 10 (out of 315 SSG members) under 30.

- Gender - There is lack of gender balance among SSG members on a US level.

© Inter IKEA Systems B.V. 2011

10

28/08/2018

**Gap Analysis**

# US Goals

1. **SSG members stay in position 3-5 years**
   - 50% of SSG members stay in their roles 3-5 years  by the end of 2012
   - 60% of our SSG members stay in their role 3-5 years by the end of 2013

2. **Gender balance in all positions with a focus on SSG**
   - All key positions and functions reflect gender balance
   - SSG reflect 50% women and 50% men by the end of 2013

3. **Age distribution in SSG positions with 1-2 members under 30**
   - Management team includes 1-2 high potential members as successors for SSG, under 25 by the end of 2012
   - SSG include at least 1 member under 30 by the end of 2013
   - USMT includes at least one member under 35 by the end of 2015

© Inter IKEA Systems B.V. 2011

11



**Gap Analysis**

# Demographic Gaps and Goals Per Function

| Function | Gender balance F/M% | Goal for Gender | Under age 30 # | Goal for under 30 | <3 years in position | Goal for time in position |
|---|---|---|---|---|---|---|
| Store Manager | | | | | | |
| Sales | | | | | | |
| Logistics | | | | | | |
| ComIn | | | | | | |
| HR | | | | | | |
| Operations | | | | | | |
| Customer Service | | | | | | |
| IKEA Food | | | | | | |
| LMS | | | | | | |
| Total | | | | | | |

© Inter IKEA Systems B.V. 2011

12

GORBECK 1036    6



## Process for obtaining names of potentials for SSG & SO mgt vacancies

*This process happens simultaneously with the internal posting process*

1. Hiring Store Manager contacts the Matrix Partner in the SO prior to planned turnover or as unplanned vacancies occur
2. The Matrix Partner consults with US Succession Manager about Potential Candidates
3. The hiring Store Manager & HR Manager review the list of Potential Candidates together with the Matrix Partner
4. The hiring Store Manager makes contact with the Store Manager of the Potential Candidate
5. After the recommendation, the hiring HR Manager contacts the Potential Candidate
6. Hiring store follows internal recruitment process

© Inter IKEA Systems B.V. 2011

28/08/2018





28/08/2018





28/08/2018

Strategies

# Core Strategies

Core Strategy 1: Succession through the coworker Journey
- As we hire candidates, we evaluate their potential for 2 promotions from current position they apply for and develop them along our competence development strategy.

Core Strategy 2: High Potentials
- Following the high potential process and strategy, these candidates will develop along a fast track path for development and succession.

© Inter IKEA Systems B.V. 2011

---

Strategies

# Supplemental Strategies

- Based on analysis SHR will determine together with Matrix Partner what strategy will be used to supplement the bench. It may include:

    - Trainee Position
    - Deputy Position
    - Other

- Supplemental strategies could be filled by either internal or external hires.

© Inter IKEA Systems B.V. 2011

28/08/2018





28/08/2018

---

**Implement**

# Core Strategy 2 Implementation: High Potential Process

- Benchmark with other IKEA countries to learn about an effective High Potential Process
- Develop a process for identifying high potentials, assessing them and developing them through a fast track
- Implement the Talent Övertag, contributing 35 US backpackers by 2013; and 15 200+ by 2013

© Inter IKEA Systems B.V. 2011                                    23

---

**Implement**

# Backpacker Candidate List

| Name | Current position | Age | M/F | Start in position |
|------|------------------|-----|-----|-------------------|
|      |                  |     |     |                   |
|      |                  |     |     |                   |
|      |                  |     |     |                   |
|      |                  |     |     |                   |
|      |                  |     |     |                   |
|      |                  |     |     |                   |

© Inter IKEA Systems B.V. 2011                                    24

---





Ex. 6



This presentation is a template for you to complete and create your store's specific Succession planning process. This document follows the US Succession Planning Process and you will receive more info about the US Strategy during the HR managers' meeting in March. By following this process and completing the templates within, you will create a succession planning process for your store that is aligned with the US goals. Please complete all templates and forward the entire presentation to Cathy Blair no later than 2 days before your Management Review call. The focus is your SSG members and their successors.

CONFIDENTIAL



Future needs are the combination of:  matrix partners' input and store input.

2

IKEA-030757

| Needs Analysis | **FY12-14 Needs** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Stores' input in agreement with Matrix Partners | | | | | | | | |

| Store Key Position | Current Vacancies | Performance Risk | Time in Position >3 and @ Risk of Moving | | | Total Needs FY12-14 | | |
|---|---|---|---|---|---|---|---|---|
| | | | FY 12 | FY 13 | FY 14 | FY 12 | FY 13 | FY 14 |
| Sales | | | | | | | | |
| Logistics | | | | | | | | |
| ComIn | | | | | | | | |
| HR | | | | | | | | |
| Operations | | | | | | | | |
| Customer Service | | | | | | | | |
| IKEA Food | | | | | | | | |
| LMS | | | | | | | | |
| Total | | | | | | | | |

© Inter IKEA Systems B.V. 2011

3

This template focuses only on your store SSG.  Be sure to remember to look at this from a 3 year perspective.  The template has been filled in to give you an example of how to complete it.  Just delete the information currently there and add your own data.

1. Current vacancies

2. Performance Risk includes: SSG members who are not meeting competence profile, not performing, leadership issues, corrective action, in the red box on the performance/potential grid.

3. Time in Position – more than 3 years and at a risk of moving.

3

IKEA-030758



Consider future needs and current reality to identify gaps.

4

CONFIDENTIAL

IKEA-030759

| Gap Analysis | Current Reality: SSG Potential (Successors) Summary | | | | | | | | |

| | # Ready FY 12 | | | # Ready FY 13 | | | # Ready FY14 | | |
|---|---|---|---|---|---|---|---|---|---|
| **SSG successors** | No mobility | Limit Mobility | Full Mobility | No mobility | Limit Mobility | Full Mobility | No mobility | Limit Mobility | Full Mobility |
| SM | | | | | | | | | |
| Sales | | | | | | | | | |
| Logistics | | | | | | | | | |
| Comin | | | | | | | | | |
| HR | | | | | | | | | |
| Operations | | | | | | | | | |
| Customer Service | | | | | | | | | |
| IKEA Food | | | | | | | | | |
| LMS | | | | | | | | | |
| Total | | | | | | | | | |

© Inter IKEA Systems B.V. 2011                                                    5

This template is for people who are successors for a SSG position.  The template has been completed as an example.  Delete the info currently there and add your own data.

No Mobility – will only stay in the store location.
Limit Mobility – any type of limitation such as: only within market, only in the west/east coast, etc.
Full Mobility – anywhere including across the US and global.

CONFIDENTIAL                                                                IKEA-030760

| Gap Analysis | SSG Gap Analysis | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Needs** | | | **Reality** | | | **Gaps** | | |
| **SSG members Function (#)** | FY 12 | FY 13 | FY 14 | Successors # Ready FY 12 | Successors # Ready FY 13 | Successors # Ready FY14 | FY 12 | FY 13 | FY 14 |
| SM | | | | | | | | | |
| Sales | | | | | | | | | |
| Logistics | | | | | | | | | |
| ComIn | | | | | | | | | |
| HR | | | | | | | | | |
| Operations | | | | | | | | | |
| Customer Service | | | | | | | | | |
| IKEA Food | | | | | | | | | |
| LMS | | | | | | | | | |
| Total | | | | | | | | | |

© Inter IKEA Systems B.V. 2011

6

Step 1: Review future needs (how many candidates you will need per function by FY14) – based on table page 3

Step 2: Review reality (how many candidates you may have in the pipeline, ready to take on the position) – based on table page 5.

Step 3: Assess gaps (how many openings you will still have each year: FY12, FY13, FY14 - that may not be filled internally and will require a different strategy to fill them in).

6

CONFIDENTIAL

IKEA-030761

- Gap Analysis determines the number of vacancies we need to fill each year (how many successors do we need to develop and by when).

- SSG Summary provides us with data about time in position, age and gender of our current SSG members.

- Location Goals address the lack of gender balance and young potentials among current SSG members.

© Inter IKEA Systems B.V. 2011

7

7

CONFIDENTIAL

IKEA-030762

| Gap Analysis | Current Reality: SSG Demographic Summary | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SSG member | < 1 yr. in position | >1 yr. and <3 in position | > 3 yrs. in position | Gender M/F | Age 30 and under | Open Position | Under Performing | High Perf/Pot |
| Sales | | | | | | | | |
| Logistics | | | | | | | | |
| Comin | | | | | | | | |
| HR | | | | | | | | |
| Operations | | | | | | | | |
| Customer Service | | | | | | | | |
| IKEA Food | | | | | | | | |
| LMS | | | | | | | | |
| Total | | | | | | | | |

© Inter IKEA Systems B.V. 2011

Check each relevant box for time in position, open position and use potential/performance grid to fill in the boxes: under performing and high potential/performance.  Indicate the person's gender and actual age if under 30 years old.

Please note – the definition for time in position means the current position the person holds in that location.  For example, a person who was a sales manager for 5 years in Baltimore, then transferred to Paramus and currently has been a sales manager for 1 year in Paramus is counted as someone less than 3 years in position because they have been in their role in Paramus less than 3 years.

8

IKEA-030763

| Gap Analysis | US Goals |
| --- | --- |

1. **SSG members stay in position 3-5 years**
   - 50% of SSG members stay in their roles 3-5 years by the end of 2012
   - 60% of our SSG members stay in their role 3-5 years by the end of 2013

2. **Gender balance in all positions with a focus on SSG**
   - All functions reflect gender balance
   - SSG reflect 50% women and 50% men by the end of 2013

3. **Age distribution in SSG positions with 1-2 members under 30**
   - Management team includes 1-2 high potential members as successors for SSG, under 25 by the end of 2012
   - SSG include at least 1 member under 30 by the end of 2013

© Inter IKEA Systems B.V. 2011

9

IKEA-030764

---

**Gap Analysis**

# Store Gaps and Goals

**Gaps**

- Percentage of SSG members who are in position >3 years:____%

- SSG gender composition:__%__%

- Number of SSG under age 30:_____

**Goals**

- Commitment for 50% of SSG members to stay in position >3 years

- Commitment for gender balance:

- Commitment for SSG members under age 30:

© Inter IKEA Systems B.V. 2011

---

Analyze the gaps in your SSG for time in position, gender and age.

Set goals for:

1. Stay in position 3-5 years
2. Gender balance in SSG
3. 1-2 members of SSG under age 30

Commit to milestones for FY12, FY13 and FY14 for each category.

10

IKEA-030765



# Store Actions

- Actions we will take to reach goals

© Inter IKEA Systems B.V. 2011

List the actions to implement to reach the goals.

11

CONFIDENTIAL

IKEA-030766



Identify successor list and work with Matrix partners to agree on names and on development process for successors.

If successors are from a different function – Career Lattice path – work with function manager to develop them.

CONFIDENTIAL

IKEA-030767

Management and Competence Review 2011 - Performance and Potential grid

CONFIDENTIAL

IKEA-030768



Fill in the Performance/Potential Grid for potential SSG members. Please use the Performance Potential Grid directions and criteria attached to this email. Review it carefully as it has changed from last year. The most significant change is that people who have been in their role less than 12 month ARE included in the Grid.

14

IKEA-030769



Fill in the Performance/Potential Grid for potential SSG members. Please use the Performance Potential Grid directions and criteria attached to this email.   Review it carefully as it has changed from last year.  The most significant change is that people who have been in their role less than 12 month ARE included in the Grid.

15

IKEA-030770



Core strategy:  Coworkers are developed through the Coworker Journey.  High Potentials are developed through the High Potential development Strategy. (coming soon!)

When natural development is not sufficient, the SHR team will create supplemental strategies that are implemented in the stores.  The stores will not create the supplemental strategies.

16

IKEA-030771

Strategies

# Core Strategies

## Core Strategy 1: Succession through the coworker Journey
– As we hire candidates, we evaluate their potential for 2 promotions from current position they apply for and develop them along our competence development strategy.

## Core Strategy 2: High Potentials
– Following the high potential process and strategy, these candidates will develop along a fast track path for development and succession.

© Inter IKEA Systems B.V. 2011

17

17

IKEA-030772

Strategies

# Supplemental Strategies

- Based on analysis SHR will determine together with Matrix Partner what strategy will be used to supplement the bench.  It may include:

  - Trainee Position
  - Deputy Position
  - Other

- Supplemental strategies could be filled by either internal or external hires.

© Inter IKEA  Systems B.V. 2011

18

18

CONFIDENTIAL

IKEA-030773



CONFIDENTIAL

IKEA-030774

Implement

# Core Strategy 1 Implementation:
# Succession through Coworkers Journey

- Use Coworker Journey process to develop successors
- Follow Coworker Development Strategy
- Follow Leadership Development Strategy
- Maintain accuracy of Succession Database
- Work in collaboration with Matrix partners to identify successors and to develop them

© Inter IKEA Systems B.V. 2011

20

CONFIDENTIAL

IKEA-030775

Implement

# Core Strategy 2 Implementation:
# High Potential Process

- Implement the process for identifying high potentials and developing them through a fast track (T3 FY11)
- Implement the Talent Övertag, promoting and identifying potential backpackers in your location

© Inter IKEA Systems B.V. 2011

21

CONFIDENTIAL

IKEA-030776

| Implement | |
|---|---|

## Backpacker Candidate List

| Name | Current position | Age | M/F | Start in position |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

© Inter IKEA Systems B.V. 2011

Complete the template with names of those who meet the Backpacker criteria and are interested in the opportunity.

A backpacker is an IKEA co-worker identified as a high potential with the desire to work in different organizations and different countries to develop both professionally and personally.

The person has the potential with this experience to be a business leader within 3-5 years (store manager or equivalent). A backpacker is preferably under 25 years old, fully mobile for up to 2 years.  Please consider diversity with a good balance of gender and age in all parts organization.

22

IKEA-030777

Implement

# Supplemental Strategies Implementation

- When a supplemental strategy is set by SHR, work with Matrix partners to implement

© Inter IKEA Systems B.V. 2011

23

CONFIDENTIAL

IKEA-030778



Use one of the 3 strategies to fill successors position.
• Develop new successors
• Assess individuals
• Assess strategies to determine effectiveness.

24

IKEA-030779

Ex. 7

*We believe in people*

# IKEA GROUP PEOPLE STRATEGY 2020



UPDATED: APRIL 2015



IKEA-003010

# CONTENTS

**4** Introduction
**6** What we believe
**8** The changing world around us
**10** Where we are today
**12** We're always on the way
**14** Our wished position
**16** Our mind-set
**18** How we will do it
**20** Key focus areas
**30** Measurable goals

IKEA-003011

# INTRODUCTION



The IKEA Group People Strategy 2020 has been developed to help us build upon what we have already achieved and to take us forward to meet the challenges of the future. It is part of the strategic landscape in IKEA. It outlines our approach to people, and describes how we will reach our wished position and the objectives of Growing IKEA – Together 2020:

· TO BE THE LEADER IN LIFE AT HOME

· GROWTH AND LONG-TERM PROFITABILITY

· A BETTER IKEA



# WHAT WE BELIEVE

**We believe in people.** It takes a dream to create a successful business idea. It takes people to make dreams a reality.

**We believe in our culture and our values.** Our humanistic culture and values help differentiate us as a company and provide a competitive advantage.

**We believe in the meaningful purpose of our company.** A values-driven leadership and our vision positively impact people and the environment.

**We believe that the uniqueness of each one of us makes IKEA better.**
An inclusive work environment - where we all feel valued and appreciated for who we are - makes us a stronger company.

**We believe that all people are essential for the continued growth of IKEA.** When we allow people to grow and take responsibility for their own development, IKEA grows too.

IKEA-003013

# THE CHANGING WORLD AROUND US

Social and environmental responsibility is more important than ever

We believe the world will be better and more people will have the opportunity to live a better life. And we want to be a part of creating a better future.

**Talent pool** - Education levels are on the rise. However, there is still a gap between the skills that employers need and the talent available. Globalisation, digital developments and multichannel retailing require new competences and demand a global mind-set from our leaders in order to lead an inclusive, multi-cultural and multi-generational workforce.

**Meaningful purpose -** Co-workers' values and attitudes are changing. Social and environmental responsibility is more important than ever. The meaningful purpose of the company is a significant factor when applying for a job.

**Age and generations -** The aging population is already changing the labour market. A multi-generational workforce with up to five generations working together will bring new challenges in understanding, respecting and accepting generational differences.

**Individualisation** – Catering to the need for individualisation – 'my workplace', 'my working conditions' – will require a better understanding of employment options where the employer is no longer the only one to define what a job will look like.

**Virtual workplace -** Infrastructural challenges and environmental concerns support the idea of offering alternative places to work. To adapt to these new conditions, we need to find new ways to meet, connect, inform, communicate and collaborate with others.



IKEA-003011



# WHERE WE ARE TODAY

**Building on our strengths**
We have a strong focus on people, and we provide exceptional career and learning opportunities. For years, IKEA co-worker satisfaction has been consistently high. We are rich in talent and we have proven that we can attract people who can grow IKEA. We are a well-known and strong employer in many markets and the interest in working at IKEA is high.

**People Strategy in the strategic landscape**
Growing IKEA - Together 2020 intensifies the focus on growing the business through people. The cornerstone 'People' determines our work by developing all co-workers, strengthening our culture and making IKEA a great place to work. The People Strategy is designed to reach our wished position and the objectives of Growing IKEA – Together 2020 inter-dependently with all Group strategies.

**Our ways of working**
The IKEA Way of Working, based on process orientation, and our Leadership Approach, based on interdependence and togetherness, are the base for the way we lead across functions and organisations.

**Relevant for the many people**
We have launched several initiatives to make our many co-workers feel included and engaged in their work. The IKEA Talent Approach based on the mind-set that everyone is seen as a talent, the One IKEA Bonus Programme and the loyalty programme **Tack!** – all confirm that our focus is on the many IKEA co-workers.

IKEA-003015

CONFIDENTIAL



Providing IKEA with the right talent in the right place at the right time

# WE'RE ALWAYS ON THE WAY – STILL TO DO!

Our people agenda is determined by the changing world around us and our business needs:

**A strong employer for even more talents**
Our business growth will require recruitment and development of many new co-workers and leaders by 2020. Providing IKEA with the right talent in the right place at the right time is crucial and will have to be supported by internal and external communication.

**The unique IKEA culture and values**
To grow at the pace we desire requires a strong focus on the IKEA culture and values. We need to ensure that everything we do builds on this foundation and strengthens our unique competitive advantage.

**Business contribution to society**
Our stakeholders expect IKEA to be socially and environmentally responsible. We will collaborate with the People & Planet Positive strategic work to create a common social agenda with the co-workers of our suppliers, people and communities.

**Leading business through people**
We will focus on creating an inclusive leadership culture, based on togetherness and interdependency. This will be our next competitive advantage, enabling innovation.

**New competences**
In order to guarantee a great customer experience and long-term profitability, we will need a new set-up for competence development that will support our multichannel environment.

**The future workplace – modern and humanistic**
People expect a modern company to offer a workplace that uses effective tools and modern technology. In order to fully utilise modern ways of working, we need a change of mind-set and behaviour in the way we approach our work. We also need simple, flexible and efficient workplace solutions.



We want to be the preferred employer

# POSITIONING IKEA AS AN EMPLOYER

As many people as possible should see IKEA as a unique, meaningful and trusted brand, company and employer.

**We want co-workers to appreciate and recommend IKEA as a great place to work.**

We want to be recognised as a diverse and values-driven company that is the leader in life at home. We want to be seen as an honest and trustworthy company that is innovative, growing and responsible. We want to be known as an attractive, modern and inclusive workplace with good working conditions, where every person is considered a talent and where everybody has exceptional learning and career possibilities.
A company that cares as much about its co-workers, customers and suppliers as the development of its business.
We want to be the preferred employer for every function on every market!

14

IKEA-003017



# OUR MIND-SET

A common mind-set makes us more consistent and aligned and will help us reach our wished position.

**We always live our values**
We are a diverse group of people working together, sharing the humanistic IKEA values. These values are the foundation of our work. By living them we form the unique IKEA culture, where team spirit and enthusiasm are key.

**We consider every person a talent**
Every person is seen as a talent and every individual contributes to the growth of the business. We believe in people and we invest in their development so that they feel recognised and appreciated.

**We have business- and people- focused leaders**
Our high-performing leaders are passionate about leading the business through people. Leaders are committed to making IKEA a great place to work and to develop a trustful, inclusive climate.

**We learn, develop and share in the business**
We see learning as the process for developing competence. We learn from our customers and our suppliers. We learn from our experiences, and we learn from each other. By sharing our knowledge and experience we can create a better IKEA.

**We have a modern and humanistic workplace**
We simplify things and our ways of working revolve around our entrepreneurial spirit and innovation. Modern technology helps us to encourage dialogue and networking in an open, honest and trustful climate.

IKEA-003018

# HOW WE WILL DO IT

With our mind-set as the base we will concentrate and work on common key focus areas.

| OUR BASE | KEY FOCUS AREA | WHAT TO KNOW AND USE TODAY | WHAT TO DEVELOP |
|---|---|---|---|
| The testament of a Furniture Dealer | **CULTURE AND VALUES** | The IKEA Recruitment Approach | Cross-cultural training |
| Our HR Idea | | VOICE | |
| The IKEA Group Code of Conduct | | IKEA Culture & values training | |
| IWOW – IKEA Ways of Working - the process landscape | **TALENT MANAGEMENT** | The IKEA Recruitment Approach | Mobility plan |
| Policies and guidelines | | Performance & Development process | Compensation and benefits guidelines |
| | | The IKEA Talent Approach | Succession plan |
| | | | Employer branding approach |
| | **LEADERSHIP AND DIVERSITY** | Team Development Guide | Business development leadership programme |
| | | The IKEA Leadership Approach | |
| | | • Four Key Roles | |
| | | • Leadership Capabilities and behaviours | |
| | | Common leadership development plan | |
| | | Common leadership development offer | |
| | | IWON | |
| | **BUILDING COMPETENCE** | Competence profiles | Competence development approach |
| | | Learning in the Business Approach | |
| | | Learning management set-up (MyLearning) | |
| | | Performance and development management approach | |
| | | Current state analysis (CSA) | |
| | **WORKPLACE** | The IKEA Group Occupational Health and Safety Policy | Digital workplace approach |
| | | People policy and standards | Terms and conditions for employment |
| | | One IKEA Bonus Programme | Efficient practices |
| | | **Tack!** - The IKEA Group Loyalty Programme | Approach to health at the IKEA Group |
| | | | Approach to co-worker engagement/volunteering |

IKEA-003019

KEY FOCUS
AREA



# CULTURE
# AND VALUES

Culture and values cannot be implemented through a
systematic management approach alone. We have to
feel, share and live the IKEA values with our hearts
and constantly set good examples. We support a
values-driven organisation with a code of conduct
and training programmes for all co-workers.

We live our values. They are the foundation of our
work, not only for the individual but also when we
make decisions on strategic initiatives, set our social
agenda for a global employer or take a stand to
contribute to a fair and equal society.

IKEA-0000020



# TALENT MANAGEMENT

The IKEA Talent Approach is based on the mind-set that everyone is seen as a talent. The process 'Provide IKEA with Talent' enables us to work across functions and organisations and to secure competence flow that contributes to our succession.

In The IKEA Talent Approach we committed to eight strategic and common actions outlining the roadmap to Growing IKEA – Together 2020. The actions cover employer branding, values-based recruitment, on-boarding and introduction, transparent career paths and career planning, succession and competence development, talent mobility and transferred employee rules as well as an effective and efficient IT solution for Talent Management.

IKEA-003021



# LEADERSHIP AND DIVERSITY

The IKEA Leadership Approach and capabilities establish the base for leadership at IKEA. Our Leadership Development Guide and the Leadership Home provide the offer that is customised for three levels of leadership - 'leading myself', 'leading others' and 'leading other leaders/matrix partners'. We continuously develop documents, learning activities, tools and programmes to strengthen our interdependent leadership culture and to improve the way we lead individuals, teams and organisations.

The IKEA Group Diversity & Inclusion Approach describes how we integrate diversity and inclusion into all aspects of our business; thereby, creating an inclusive climate.

We will focus on creating a common framework for working with dimensions of diversity such as gender, sexual orientation/identity, age, generations and nationalities. We will also invest in creating an infrastructure that supports inclusion; one that will have a positive impact on our co-workers, our customers and our suppliers.

IKEA-003022



# BUILDING COMPETENCE

We see learning as the process for developing competence. Building individual competence as well as building common knowledge is important to secure and increase competitiveness. We use a common competence management system for knowledge management, making knowledge easily accessible for everyone.

A common competence development approach across all organisations will clarify and improve the way to capture learning needs as well as design and deliver learning. Ultimately we want to build a more competent IKEA, prepared to meet future challenges and changes.

IKEA-003023

# WORKPLACE

A modern and humanistic workplace builds on our culture and values and is defined by three areas; the way we work together, the working conditions we provide and the working environment. The new working approach will have a positive impact on business development, engagement of people, sustainability and lower cost.

## Working together
Our new mobile platforms and solutions will enable us to meet, communicate and interact effectively with our co-workers, suppliers and customers. These digital tools will help us plan our daily life, enable virtual meetings and access to information needed to perform our work. How we meet and communicate with co-workers and customers in the mobile and flexible workplace will put new demands on our leaders. Leading and training co–workers in using our mobile approach is a crucial leadership task.

## Working conditions
A safe and healthy - physically as well as mentally - workplace is the pre-condition for co-worker engagement and satisfaction. A common approach for occupational health and safety and well-being will help us join forces across organisations. Fair salaries, the performance driven bonus programme and the loyalty programme contribute to IKEA being appreciated as a great place to work.

## Working environment
We will support a more efficient virtual environment for individual work and meetings. When travelling we will do so in a safe, sustainable and efficient way. Our physical workplaces will provide a functional, productive and inspiring atmosphere that reflects our brand identity and becomes a magnet for talent. Our workplace respects human rights and supports our wish to create a better everyday life. Our journey towards a fun and great workplace has begun!



# MEASURABLE GOALS

### Talent management

- A structured and qualitative succession plan process
- All management team members of IKEA units have a defined successor ready within a committed period of time (12, 24 or 36 months)
- Every co-worker has an agreed, individual development plan
- 70% of our managers stay in their position for at least three years

### Leadership and diversity

- VOICE leadership index of at least 75 in each unit
- Decrease the number of leaders with a leadership index below 60 by 10% per year
- Every IKEA unit has defined diversity goals
- Gender balance and equal opportunities are evident

### Building competence

- Increase competence by 2% per year by measuring:
  *"The staff are competent and well informed"* in the IKEA Brand Capital - *"Competent and well informed staff"* in the IKEA Customer Satisfaction Survey

### Workplace

- VOICE result >725, with a gap between managers and non-managers < 80
- Continuous improvement in the number of co-workers and customers who think that IKEA is a great place to work in every function and every market
- Increase by 2% per year and market: *"They take better care of their employees than other companies do"* in the IKEA Brand Capital



IKEA-003025

© IKEA Services B.V. 2015. Production costs EUR 1,20 per copy.

## *Our human resource idea*

**To give down-to-earth, straightforward people the possibility to grow, both as individuals and in their professional roles, so that together we are strongly committed to creating a better everyday life for ourselves and our customers.**





IKEA-003026

Ex. 8

| | |
|---|---|
| **From:** | |
| **To:** | Alessandro Lagazio; Catherine Blair; Kirstie Olafsson; Sonja Freeney; Mary Lou Begg; Ella Hullfish; Richard Hardy |
| **Sent:** | 10/8/2014 1:44:50 AM |
| **Subject:** | Follow Up Diversity Analysis |
| **Attachments:** | Updated US Diversity Statistics and Analysis _Updated 10_6.xlsx |

Hello Team,

First I want to say **thank you** so much for all the hard work you have done to deliver the HR SWOT Analysis. I know it was not easy and we all have a lot on our plate but I believe we have everything we need to draft our future. While you have been working on that I have been continuing the discussion for Diversity and Inclusion. I would love your feedback on where we are today.I meet with USMT next week and we will review what you see here.

The new document has moved away from calling it a SWOT. It is not a pure SWOT and I don't us stuck on what we call it. It's the current state of affairs and direction for the future. We have taken a snapshot from September 1st so we have the most current data.

I am looking forward to a great meeting next week!

Thanks!
J

Jacqueline DeChamps
Country Human Resources Manager - IKEA US
IKEA North American Services, LLC
420 Alan Wood Road
Conshohocken, PA 19428
Phone: (610) 834-0180
Cell: (203) 641-1502
Fax: (610) 834-1530

This message contains confidential information.  Unless you are the addressee (or authorized to receive for the addressee), you may not copy, use or distribute this information.  If you received this message in error, please advise Jacqueline DeChamps immediately at 1-610-834-0180 or return it promptly by mail.

CONFIDENTIAL                                                                                    IKEA-100125

This Document Produced in Native File Format Only

CONFIDENTIAL

IKEA-100126

| Locations | <25 | 25-34 | 35-44 | 45-54 | 55-64 | >65 | Grand Total | <25 | 25-34 | 35-44 | 45-54 | 55-64 | >65 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US IKEA Atlanta | | 1 | 2 | 3 | 2 | 1 | 9 | 0% | 11% | 22% | 33% | 22% | 11% |
| US IKEA Baltimore | | 1 | 2 | 3 | 2 | | 8 | 0% | 13% | 25% | 38% | 25% | 0% |
| US IKEA Bolingbrook | | 2 | 3 | 4 | | | 9 | 0% | 22% | 33% | 44% | 0% | 0% |
| US IKEA Brooklyn | | 2 | 4 | 3 | 1 | | 10 | 0% | 20% | 40% | 30% | 10% | 0% |
| US IKEA Burbank | | | 2 | 5 | 1 | | 8 | 0% | 0% | 25% | 63% | 13% | 0% |
| US IKEA Canton | | 2 | 5 | 1 | 1 | | 9 | 0% | 22% | 56% | 11% | 11% | 0% |
| US IKEA Carson | | | 5 | 2 | 1 | | 8 | 0% | 0% | 63% | 25% | 13% | 0% |
| US IKEA Centennial | | 1 | 3 | 5 | | | 9 | 0% | 11% | 33% | 56% | 0% | 0% |
| US IKEA Charlotte | | 1 | 3 | 4 | | | 8 | 0% | 13% | 38% | 50% | 0% | 0% |
| US IKEA College Park | | 1 | 3 | 2 | 2 | | 8 | 0% | 13% | 38% | 25% | 25% | 0% |
| US IKEA Conshohocken | | | 3 | 6 | 1 | | 10 | 0% | 0% | 30% | 60% | 10% | 0% |
| US IKEA Costa Mesa | | 1 | 5 | 3 | | | 9 | 0% | 11% | 56% | 33% | 0% | 0% |
| US IKEA Covina | | 3 | 3 | 4 | | | 10 | 0% | 30% | 30% | 40% | 0% | 0% |
| US IKEA Customer Service Centr | | 1 | 1 | 2 | | | 4 | 0% | 25% | 25% | 50% | 0% | 0% |
| US IKEA Direct | | 1 | 1 | 1 | | | 3 | 0% | 33% | 33% | 33% | 0% | 0% |
| US IKEA Draper | | 1 | 4 | 1 | 2 | | 8 | 0% | 13% | 50% | 13% | 25% | 0% |
| US IKEA East Palo Alto | | 3 | 5 | 1 | | | 9 | 0% | 33% | 56% | 11% | 0% | 0% |
| US IKEA Elizabeth | | | 4 | 4 | 1 | | 9 | 0% | 0% | 44% | 44% | 11% | 0% |
| US IKEA Emeryville | | | 2 | 4 | 3 | | 9 | 0% | 0% | 22% | 44% | 33% | 0% |
| US IKEA Frisco | | 2 | 5 | 2 | | | 9 | 0% | 22% | 56% | 22% | 0% | 0% |
| US IKEA Houston | | 2 | 5 | 3 | | | 10 | 0% | 20% | 50% | 30% | 0% | 0% |
| US IKEA Long Island | | 2 | 3 | 3 | | | 8 | 0% | 25% | 38% | 38% | 0% | 0% |
| US IKEA Merriam | | 2 | 5 | 2 | | | 9 | 0% | 22% | 56% | 22% | 0% | 0% |
| US IKEA Miami | | 4 | 4 | 1 | | | 9 | 0% | 44% | 44% | 11% | 0% | 0% |
| US IKEA New Haven | | | 3 | 4 | 1 | | 8 | 0% | 0% | 38% | 50% | 13% | 0% |
| US IKEA Orlando | | 1 | 3 | 3 | 1 | | 8 | 0% | 13% | 38% | 38% | 13% | 0% |
| US IKEA Paramus | | 1 | 3 | 2 | 1 | | 7 | 0% | 14% | 43% | 29% | 14% | 0% |
| US IKEA Philadelphia | | 6 | 3 | | | | 9 | 0% | 67% | 33% | 0% | 0% | 0% |
| US IKEA Pittsburgh | | 2 | 3 | 3 | 1 | | 9 | 0% | 22% | 33% | 33% | 11% | 0% |
| US IKEA Portland | | | 4 | 2 | 1 | | 7 | 0% | 0% | 57% | 29% | 14% | 0% |
| US IKEA Round Rock | | 2 | 4 | 3 | | | 9 | 0% | 22% | 44% | 33% | 0% | 0% |
| US IKEA San Diego | | | 4 | 3 | 2 | | 9 | 0% | 0% | 44% | 33% | 22% | 0% |
| US IKEA Schaumburg | | 3 | 3 | 2 | 1 | | 9 | 0% | 33% | 33% | 22% | 11% | 0% |
| US IKEA Seattle | | 1 | 5 | 3 | | | 9 | 0% | 11% | 56% | 33% | 0% | 0% |
| US IKEA Stoughton | | 2 | 4 | 1 | 1 | | 8 | 0% | 25% | 50% | 13% | 13% | 0% |
| US IKEA Sunrise | | | 3 | 3 | 3 | | 9 | 0% | 0% | 33% | 33% | 33% | 0% |
| US IKEA Tampa | | 1 | 4 | 4 | 1 | | 10 | 0% | 10% | 40% | 40% | 10% | 0% |
| US IKEA Tempe | | | 5 | 4 | | | 9 | 0% | 0% | 56% | 44% | 0% | 0% |
| US IKEA Twin Cities | | 2 | 4 | 2 | 1 | | 9 | 0% | 22% | 44% | 22% | 11% | 0% |
| US IKEA Washington | | 1 | 3 | 4 | | | 8 | 0% | 13% | 38% | 50% | 0% | 0% |
| US IKEA West Chester | | 2 | 4 | 3 | | | 9 | 0% | 22% | 44% | 33% | 0% | 0% |
| US IKEA West Sacramento | | 1 | 5 | 1 | 1 | 1 | 9 | 0% | 11% | 56% | 11% | 11% | 11% |
| Grand Total | | 58 | 149 | 116 | 32 | 2 | 357 | 0% | 16% | 42% | 32% | 9% | 1% |

| Locations | <25 | 25-34 | 35-44 | 45-54 | 55-64 | >65 | Grand Total | <25 | 25-34 | 35-44 | 45-54 | 55-64 | >65 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US IKEA Atlanta | | 1 | 2 | 3 | 2 | 1 | 9 | 0% | 11% | 22% | 33% | 22% | 11% |
| US IKEA Baltimore | | 1 | 2 | 3 | 2 | | 8 | 0% | 13% | 25% | 38% | 25% | 0% |
| US IKEA Bolingbrook | | 2 | 3 | 4 | | | 9 | 0% | 22% | 33% | 44% | 0% | 0% |
| US IKEA Brooklyn | | 2 | 4 | 3 | 1 | | 10 | 0% | 20% | 40% | 30% | 10% | 0% |
| US IKEA Burbank | | | 2 | 5 | 1 | | 8 | 0% | 0% | 25% | 63% | 13% | 0% |
| US IKEA Canton | | 2 | 5 | 1 | 1 | | 9 | 0% | 22% | 56% | 11% | 11% | 0% |
| US IKEA Carson | | | 5 | 2 | 1 | | 8 | 0% | 0% | 63% | 25% | 13% | 0% |
| US IKEA Centennial | | 1 | 3 | 5 | | | 9 | 0% | 11% | 33% | 56% | 0% | 0% |
| US IKEA Charlotte | | 1 | 3 | 4 | | | 8 | 0% | 13% | 38% | 50% | 0% | 0% |
| US IKEA College Park | | 1 | 3 | 2 | 2 | | 8 | 0% | 13% | 38% | 25% | 25% | 0% |
| US IKEA Conshohocken | | | 3 | 6 | 1 | | 10 | 0% | 0% | 30% | 60% | 10% | 0% |
| US IKEA Costa Mesa | | 1 | 5 | 3 | | | 9 | 0% | 11% | 56% | 33% | 0% | 0% |
| US IKEA Covina | | 3 | 3 | 4 | | | 10 | 0% | 30% | 30% | 40% | 0% | 0% |
| US IKEA Customer Service Centr | | 1 | 1 | 2 | | | 4 | 0% | 25% | 25% | 50% | 0% | 0% |
| US IKEA Direct | | 1 | 1 | 1 | | | 3 | 0% | 33% | 33% | 33% | 0% | 0% |
| US IKEA Draper | | 1 | 4 | 1 | 2 | | 8 | 0% | 13% | 50% | 13% | 25% | 0% |
| US IKEA East Palo Alto | | 3 | 5 | 1 | | | 9 | 0% | 33% | 56% | 11% | 0% | 0% |
| US IKEA Elizabeth | | | 4 | 4 | 1 | | 9 | 0% | 0% | 44% | 44% | 11% | 0% |
| US IKEA Emeryville | | | 2 | 4 | 3 | | 9 | 0% | 0% | 22% | 44% | 33% | 0% |
| US IKEA Frisco | | 2 | 5 | 2 | | | 9 | 0% | 22% | 56% | 22% | 0% | 0% |
| US IKEA Houston | | 2 | 5 | 3 | | | 10 | 0% | 20% | 50% | 30% | 0% | 0% |
| US IKEA Long Island | | 2 | 3 | 3 | | | 8 | 0% | 25% | 38% | 38% | 0% | 0% |
| US IKEA Merriam | | 2 | 5 | 2 | | | 9 | 0% | 22% | 56% | 22% | 0% | 0% |
| US IKEA Miami | | 4 | 4 | 1 | | | 9 | 0% | 44% | 44% | 11% | 0% | 0% |
| US IKEA New Haven | | | 3 | 4 | 1 | | 8 | 0% | 0% | 38% | 50% | 13% | 0% |
| US IKEA Orlando | | 1 | 3 | 3 | 1 | | 8 | 0% | 13% | 38% | 38% | 13% | 0% |
| US IKEA Paramus | | 1 | 3 | 2 | 1 | | 7 | 0% | 14% | 43% | 29% | 14% | 0% |
| US IKEA Philadelphia | | 6 | 3 | | | | 9 | 0% | 67% | 33% | 0% | 0% | 0% |
| US IKEA Pittsburgh | | 2 | 3 | 3 | 1 | | 9 | 0% | 22% | 33% | 33% | 11% | 0% |
| US IKEA Portland | | | 4 | 2 | 1 | | 7 | 0% | 0% | 57% | 29% | 14% | 0% |
| US IKEA Round Rock | | 2 | 4 | 3 | | | 9 | 0% | 22% | 44% | 33% | 0% | 0% |
| US IKEA San Diego | | | 4 | 3 | 2 | | 9 | 0% | 0% | 44% | 33% | 22% | 0% |
| US IKEA Schaumburg | | 3 | 3 | 2 | 1 | | 9 | 0% | 33% | 33% | 22% | 11% | 0% |
| US IKEA Seattle | | 1 | 5 | 3 | | | 9 | 0% | 11% | 56% | 33% | 0% | 0% |
| US IKEA Stoughton | | 2 | 4 | 1 | 1 | | 8 | 0% | 25% | 50% | 13% | 13% | 0% |
| US IKEA Sunrise | | | 3 | 3 | 3 | | 9 | 0% | 0% | 33% | 33% | 33% | 0% |
| US IKEA Tampa | | 1 | 4 | 4 | 1 | | 10 | 0% | 10% | 40% | 40% | 10% | 0% |
| US IKEA Tempe | | | 5 | 4 | | | 9 | 0% | 0% | 56% | 44% | 0% | 0% |
| US IKEA Twin Cities | | 2 | 4 | 2 | 1 | | 9 | 0% | 22% | 44% | 22% | 11% | 0% |
| US IKEA Washington | | 1 | 3 | 4 | | | 8 | 0% | 13% | 38% | 50% | 0% | 0% |
| US IKEA West Chester | | 2 | 4 | 3 | | | 9 | 0% | 22% | 44% | 33% | 0% | 0% |
| US IKEA West Sacramento | | 1 | 5 | 1 | 1 | 1 | 9 | 0% | 11% | 56% | 11% | 11% | 11% |
| Grand Total | | 58 | 149 | 116 | 32 | 2 | 357 | 0% | 16% | 42% | 32% | 9% | 1% |

## FY15 IKEA DIVERSITY ANALYSIS

### Our Positives

1. Our culture and values are a strong base for creating an inclusive environment

2. Our global operations are a natural platform for diversity

3. Our Total US Retail Population reflects Diversity and Growing US Trends - 56% Ethnic Diversity and 51% Female

4. IKEA's upcoming expansion gives us a forum for faster change - 260 New Steering Group Members and 650 Exempt Managers by 2020

5. We represent 50% 50% Gender equality in Exempt Management Positions

6. Our Coworkers believe we are a Diverse and Inclusive Workplace [11]

### Our Potentials

Retail Store Managers lack Diversity in all Areas -
1. Age - 64% are 45 or Older
   Gender - 64% Male
   Ethnicity - 85% White
   Steering Group Managers by Function lack Diversity in all Areas -
2. Age - Only 16% <34
   Gender - Not one function represents a 50% 50% split and most are skewed
   Ethnicity - 75% White

3. Less tha 1% of Exempt Managers in the US are <25

4. Exempt Management lack Ethnic Diversity at 67% White

5. IKEA's technology and current Total Rewards Strategy does not attract the desires of a Millennial workforce

6. Our Mobility position could deter workers with children from seeking advancement

### External Situation  / Reality

1. More than ½ of retail employees are women. [3]

2. Nearly one in every three women working part-time in retail wants to be employed full-time. [10]

3. Today, one in three individuals in the United States are people of color, and by 2050 that proportion is expected to climb to one-half. [5]

4. Growth of the U.S. labor market between 2010 and 2018 is being projected at about 6 percent, with increases among diverse workers the primary drivers of that expansion: For example, Hispanic workers are expected to increase in that timeframe by 27 percent, followed by Asians at 23 percent, African Americans at 9 percent and Whites at 4 percent. [6]

5. 85% of the U.S. population growth between 2011 and 2050 will come from nonwhite ethnic groups. [5]

6. There is growing pressure for companies to release diversity facts and figures.

7. There is an anticipated rise in lawsuits — particularly cases targeting systemic discrimination within private companies. In 2013, the EEOC the total amount of monetary relief the agency collected for victims of workplace discrimination increased to $372.1 million last year, compared with $365.4 million in 2012. [8]

8. Millennial coworkers expect to be promoted faster and paid more than other generations. They are also more willing to leave organizations that don't meet their expectations. [9]

### Key Business Opportunities in Upcoming Years:

1. Create Gender Equality in Sr. Leadership Positions i.e. Store Manager and above
2. Create Ethnic Diversity in Leadership Positions at all levels of our Organization
3. Develop a Branding Position and Total Rewards Strategy that Attracts and Retains a Diverse Workforce.
4. Identify and Promote Coworker Talent Earlier in Their Career.

### FY15/16  DIVERSITY DIRECTION

#### Two Year Goals

*Improve Store Manager Ethnic Diversity to 25% (3 Diverse Hires)

*Improve Store Manager Gender Diversity to 43% (3 Female Hires)

*US Retail Locations Exempt Management Teams (Including Steering) Mirror the Diversity of the PMA - Location Specific Goals Documented

*10% Exempt Management are Age <25

* US Retail Locations Non Exempt Management Teams Mirror the Diversity of the PMA - Location Specific Goals Documented

* Function Owners Develop Specific Diversity Goals to Promote Gender Equality for Service Office Positions within Their Function

### Addressing the   Organizational Change Project

Once Approved and as part of the rollout plan for the new organizational structure we will develop new goals that align to Exempt Population and Non Exempt Population.

The people don't change just how we classify them adding a layer to the goal structure. We also need to see how they shift meaning does one population shift to Non Exempt vs. Exempt and that could create a new diversity focus for us.

**Location:**     **All US Retail**

**As of Date:**     **9.01.2014**

| Gender | Male | | Female | | TOTAL |
|---|---|---|---|---|---|
| | # | % | # | % | # |
| **Hourly Co-workers** *(includes Salaried Non-Exempt)* | 4,543 | 48.5% | 4,816 | 51.5% | 9,359 |
| **Management Support** | 505 | 49.6% | 513 | 50.4% | 1,018 |
| **Management (exempt)** | 675 | 50.1% | 672 | 49.9% | 1,347 |
| **Grand Total** | 5,723 | 48.8% | 6,001 | 51.2% | 11,724 |

| Age | <25 | | 25-34 | | 35-44 | | 45-54 | | 55-64 | | >65 | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % | # | % | # | % | # |
| **Hourly Co-workers** *(includes Salaried Non-Exempt)* | 2,819 | 30.1% | 2,769 | 29.6% | 1,349 | 14.4% | 1,202 | 12.8% | 910 | 9.7% | 310 | 3.3% | 9,359 |
| **Management Support** | 63 | 6.2% | 460 | 45.2% | 263 | 25.8% | 165 | 16.2% | 58 | 5.7% | 9 | 0.9% | 1,018 |
| **Management (exempt)** | 3 | 0.2% | 418 | 31.0% | 504 | 37.4% | 323 | 24.0% | 93 | 6.9% | 6 | 0.4% | 1,347 |
| **Grand Total** | 2,885 | 24.6% | 3,647 | 31.1% | 2,116 | 18.0% | 1,690 | 14.4% | 1,061 | 9.0% | 325 | 2.8% | 11,724 |

| Ethnicity | American Indian or Alaskan Native | | Asian | | Black or African American | | Hispanic or Latino | | Native Hawaiian or Other Pacific Islander | | Two or more races | | White (Not Hispanic or Latino) | | Not Entered in GlobalView | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # |
| **Hourly Co-workers** *(includes Salaried Non-Exempt)* | 32 | 0.3% | 743 | 7.9% | 2,187 | 23.4% | 1,997 | 21.3% | 50 | 0.5% | 364 | 3.9% | 3,703 | 39.6% | 283 | 3.0% | 9,359 |
| **Management Support** | 4 | 0.4% | 70 | 6.9% | 138 | 13.6% | 204 | 20.0% | 7 | 0.7% | 37 | 3.6% | 547 | 53.7% | 11 | 1.1% | 1,018 |
| **Management (exempt)** | 3 | 0.2% | 75 | 5.6% | 118 | 8.8% | 192 | 14.3% | 6 | 0.4% | 37 | 2.7% | 905 | 67.2% | 11 | 0.8% | 1,347 |
| **Grand Total** | 39 | 0.3% | 888 | 7.6% | 2,443 | 20.8% | 2,393 | 20.4% | 63 | 0.5% | 438 | 3.7% | 5,155 | 44.0% | 305 | 2.6% | 11,724 |

| Length of Service | <2 years | | 2 - 5 years | | 6 - 10 years | | 11 - 15 years | | 16 - 20 years | | > 20 years | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % | # | % | # | % | # |
| **Hourly Co-workers** *(includes Salaried Non-Exempt)* | 4,384 | 46.8% | 2,408 | 25.7% | 1,930 | 20.6% | 475 | 5.1% | 76 | 0.8% | 86 | 0.9% | 9,359 |
| **Management Support** | 151 | 14.8% | 305 | 30.0% | 409 | 40.2% | 110 | 10.8% | 25 | 2.5% | 18 | 1.8% | 1,018 |
| **Management (exempt)** | 134 | 9.9% | 208 | 15.4% | 535 | 39.7% | 289 | 21.5% | 99 | 7.3% | 82 | 6.1% | 1,347 |
| **Grand Total** | 4,669 | 39.8% | 2,921 | 24.9% | 2,874 | 24.5% | 874 | 7.5% | 200 | 1.7% | 186 | 1.6% | 11,724 |

# Ex. 9

| | |
|---|---|
| **From:** | Jacqueline DeChamps </O=MAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JCQD> |
| **To:** | Catherine Blair; Alessandro Lagazio; Kirstie Olafsson; Sonja Freeney; Ella Hullfish; Richard Hardy; Mary Lou Begg |
| **Sent:** | 1/27/2015 4:04:56 AM |
| **Subject:** | Retail People Plan FY 15-18 - Confidential |
| **Importance:** | High |
| **Attachments:** | FINAL _Retail_Retail People Plan_FY15-18.pdf |

Hello Team,

Attached please find the Global Retail People Plan from my meeting last week. It is confidential at this point as it is not been seen by the Retail Managers. I wanted to share so you can draw from it as we work with our FY 16' plan. I believe from looking at this that we are aligned nicely! In our meeting week 7 I will give you a full update on what was covered.

Take a look!
Jackie

CONFIDENTIAL

IKEA-100290

# Ex. 10



# Diversity & Inclusion
**FY15 Recap**



IKEA-047091



## HOW WE HAVE INTEGRATED  DIVERSITY AND INCLUSION INTO OUR BUSINESS

FY14-NOW

| 1 | Establish the mindset for diversity and inclusion | 2 | Analyze co-workers' diversity |
|---|---|---|---|
| 3 | Set local goals for diversity | 4 | Develop a local action plan |
| 5 | Create an infrastructure to leverage coworkers' diversity | 6 | Measure diversity and inclusion |

IKEA-047092



IKEA-047093

# GENDER

•The US has good gender balance in country and store management teams, on first line manager and co-worker level

•The gender balance has improved by 3.2%

•The gender salary gap has **decreased over the past two year trend from -7% to -3%**

•The US is the only retail organisation surveyed in the McKinsey study to have **developed a business case for gender equality**

•The US is leading retail organisations in **recognising gender equality is on leadership's agenda**.

•Women outnumber men in steering by 6%. They account for 39.1% of store mangers, **up 3% from FY14**





IKEA-047094

# SHARE OF WOMEN, 2014



| Roles | | N = | Total Retail | | External Benchmark Retail |
|---|---|---|---|---|---|
| Country manager | 0% | 1 | 47% | 50% | 16% |
| Country management team* | 55% | 33 | 50% | | |
| Store manager | 34% | 47 | 38% | | |
| Store management team | 57% | 351 | 51% | 49% | 39% |
| First line manager | 46% | 1640 | 49% | | |
| Remaining co-worker | 52% | 11262 | 57% | 57% | 52% |
| **Total** | **51%** | | **56%** | | |
| **N =** | *13333* | | *85973* | | |

\* Including deputies



## RACE & ETHNICITY

•Ethnic and racial diversity amongst salaried managers, steering managers and store managers does not reflect mirror our PMA's or coworker base closely enough.

•The largest ethnicity & racial gaps exists amongst the Store Manager and Country Management population

•This area of our diversity has been roughly unchanged for many years.





IKEA-047096

| Total Ethnicity | White (Not Hispanic or Latino) | | Asian | | Black or African American | | Hispanic or Latino | |
|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2014 | 2015 | 2014 | 2015 | 2014 | 2015 |
| Hourly Co-workers (includes Salaried Non-Exempt) | 39.6% | 39.5% | 7.8% | 7.8% | 23.0% | 22.7% | 22.4% | 22.3% |
| Management (exempt) | 67.0% | 66.7% | 5.5% | 5.6% | 8.9% | 9.3% | 14.1% | 13.9% |
| Steering | 75.1% | 76% | 6.4% | 5.7% | 5.9% | 5.2% | 8.9% | 8.7% |
| Store Managers | 84.6% | 82.6% | 5.1% | 6.5% | 5.1% | 4.3% | 5.1% | 4.3% |
| PMA's (2013 Valassis Report) | 53% | | 9% | | 13% | | 22% | |
| Store Manager Gap to PMA | +29.6 | | -2.5% | | -8.7% | | -17.7% | |
| Store Manager GAP to Hourly Co-worker Base | +43.1% | | -1.3% | | -9.7% | | -18% | |

American Indian & Other not accounted = 3% of IKEA US PMA's



IKEA-047097

## AGE

- Millennials continue to dominate our coworker base accounting for 60% of coworkers but only 30% of exempt managers.

- The average tenure of exempt managers is 6-10 years of IKEA experience.

- We need to spot and prioritize potential and move them faster through our development pipeline, increasing generational diversity in our leadership positions.



8 - GWI FY16 AWARENESS - INTERNAL COMMUNICATORS



IKEA-047098

## LGBT WORKPLACE EQUALITY

- 2015- From 30-90 on the Corporate Equality Index
- 2016- Expanding LGBT benefits by adding gender re-assignment coverage
- 2016- Preliminary CEI score = 100



9 - GWI FY16 AWARENESS - INTERNAL COMMUNICATORS



IKEA-047099

## DIVERSITY- OUR GOALS

| | What | By 2018 |
|---|---|---|
| **Gender** | Gender balance in management positions 50% women in all leadership positions | • Maintain existing areas of the business where gender balance is in place<br>• Achieve a 50/50 gender balance within the functions<br>• Achieve a 50/50 gender balance amongst Store Manager Population |
| **Race/Ethnicity** | Mirror our many coworkers + our PMA's from a race/ethnicity perspective in leadership positions | • Increase the racial and ethnic diversity amongst salaried managers, steering members and store managers.<br>• Focusing on accelerating the development of management support roles.<br>• Recruit diverse external potential at the Frontline Manager and Steering level. |
| **Age** | Age distribution & engagement, including focusing on young potential and on 50+ | • Increase the generational diversity in our salaried exempt positions to be more reflective of the majority of our coworker population. |





INCLUSION

WHERE ARE WE NOW

IKEA-047101

**INCLUSION**

**OPPORTUNITIES**

- 72% of our coworkers believe their manager actively seeks input from people with diverse backgrounds, views, and approaches. 74% believe their manager recognizes diverse potentials and utilizes them for the best results.

- Females score 29 points less then men on voice.

- The largest age group of our workforce <34 has the lowest individual engagement and openness.



12 - GWI FY16 AWARENESS - INTERNAL COMMUNICATORS



IKEA-047102

## INCLUSION- OUR GOALS

| | What | By 2018 |
|---|---|---|
| **Measure Inclusion** | Increase the % of coworkers that believe their manager actively seeks input from people with diverse backgrounds, views, and approaches | • From 74% to 85% |
| | Increase the % our coworkers believe their manager recognizes diverse potentials and utilizes them for the best results. | • From 73% to 85% |
| **Create an infrastructure to leverage coworkers' diversity** | Launch a US IWON with a way for retail units to use local affinity groups and networks. | • TBD-# of regular participants engaged in IWON activates and events |
| **Establish the mindset for Inclusion** | Launch a Diversity & Inclusion competence offer. Connect with local advocacy groups to gain competence around inclusion. | • TBD-% of stores delivering the offer & % of store participants who have completed the training <br> • TBD- # of partnerships within the US |

13 – GWI FY16 AWARENESS - INTERNAL COMMUNICATORS



IKEA-047103





IKEA-047104

## WHERE ARE WE TODAY



Project Priorities
1. Quality
2. Cost
3. Time









IKEA-047106





IKEA-047107

# 6 PROJECTS IN 1





IKEA-047108



IKEA-047109



## Organizing for Growth: Time Plan Overview

IKEA-047110

## Organizing for Growth: Time Plan Overview





IKEA-047111

## Typical Work Stream







IKEA-047113



IKEA-047114

## Positioning Statements + Work Stream Principles

### Leader in Life at Home

✓ IKEA US *understands* life @ home and delivers *inspiring relevant* solutions; *stimulates* HF interest and *drives Scandinavian home furnishing trends* in the category.

✓ IKEA US is *the* leading home furnishing retailer *across* all channels, *accessible to the many consumers*.

✓ IKEA US is *the leader* in offering *sustainable* solutions for the home, being **actively** *involved* in the community while *reducing* our impact on the environment.

✓ IKEA US is a *transparent, authentic,* modern, *forward thinking* company.

### Customer Centric

✓ IKEA US is a *truly customer centric* company providing a **great experience across every touch point.**

✓ IKEA US provides *inspiration* and a wide **range** of *beautiful, good quality* home furnishings *at prices that the many can afford.*

### Great Place to Work

✓ IKEA US is a *values driven* company, with a *strong culture* and *engaged leaders* driving the business through our people.

✓ IKEA US is a *great place to work,* offering an *outstanding co-worker experience.*

✓ IKEA US is an *inclusive workplace* where we *attract, develop* and *retain diverse talent.*



## Reference Groups

- ✓ DSNA
- ✓ IMS
- ✓ RST
- ✓ ITAM
- ✓ Process and Organizational Development - IKEA Group
- ✓ Multichannel Capabilities & Organization Implementation Project Team
- ✓ Global Shared Services Group
- ✓ Extended Core Process Team







IKEA-047117



IKEA-047118

## What have we accomplished:

-IKEA Branding as a "Great Place to Work"

- New Candidate Search Platform

-National Recruiting Event

-New Recruiting Partnerships

29 – GWI FY16 AWARENESS - INTERNAL COMMUNICATORS



IKEA-047119

## Where we are today- Application Process





WORKING AT THE IKEA GROUP: OUR TOTAL REWARDS | WHO WE ARE | OUR WORKPLACE | OUR POSSIBILITIES

## WHO WE ARE
# A positive team spirit

We're a diverse group of down-to-earth, straightforward people with a passion for home furnishing. We come from all over the world but we share an inspiring vision: "to create a better everyday life for the many people". How we realize this vision is based on our shared humanistic values. These values are the foundation of our work and our inclusive, empathizing, open and honest culture.

Working with us is like working with your friends. Our culture is based on the spirit of togetherness, enthusiasm and fun. And we're always looking for people who share our positive attitude and values.



What's it like to work at IKEA? Hear directly from some of our co-workers.

## IKEA values

We believe that every individual has something valuable to offer and we strive to have the same values in the way we work.

**Leadership by example**
Our managers act according to IKEA values, create an atmosphere of well

**Togetherness and enthusiasm**
Together, we have the power to solve seemingly unsolvable problems. We do it all the time.

**Cost-consciousness**
Low prices are impossible without low costs, so we proudly achieve good results with small resources.

**Daring to be different**
We question old solutions and, if we have a better idea, we are willing to change.

**Accept and delegate responsibility**
We promote co-workers with potential and stimulate them to surpass their expectations.



Do you want to join us?

Check out our Available jobs

IKEA-047121

## Do you want to join us?

Check out our available jobs



### Sales

Our Sales co-workers meet our customers every day to communicate the IKEA range, our self-serve concept, and the services we provide. This requires a passion for retail combined with knowledge of IKEA customers, the IKEA concept, and the IKEA product range.

### Customer Relations

Customer Relations at IKEA includes roles inside and outside our stores – from the reception and children's play areas to the check outs, returns and exchanges, and contact centers.

### Logistics

IKEA Logistics see to it that the goods flow from supplier to customer is as direct and cost effective as possible - and with the least harm to the environment. This applies to both transport and goods handling in stores and distribution centers.

### Restaurant (IKEA FOOD)

IKEA FOOD offers challenging positions within four areas – the Restaurant, the Bistro, the Swedish Food Market specialty shop, and the Staff Restaurant. Roles include sales, cashier, server, food preparation, and dish washing.

### Human Resources

Our Human Resources teams work throughout the IKEA organization partnering to support the business and lead the work of recruiting, developing, and inspiring our co-workers. They handle recruitment, competence and leadership development, succession planning, our compensation and benefits programs, and keeping the IKEA spirit a living reality each and every day.

### Operations

Operations co-workers in Facilities and Safety & Security make sure our buildings are running smoothly and keep them a safe place to work and shop. Other Operations co-workers make sure we're operating in ways that don't waste our resources.

### Finance and Business Navigation

Finance co-workers look after IKEA financial requirements and follow-up. Business navigators help make strategic business decisions using their entrepreneurial skills and management information. Co-workers in accounting help IKEA to manage the finances of a multi-billion dollar organization. Our staff planning team works to ensure we have co-workers in the right place at the right time to meet our customers' needs.

IKEA-047122



## CAREER AREAS



## FEATURED JOBS



IKEA-047123



LIFE AT IKEA     MEET OUR TEAM     10 FACTS ABOUT IKE



**AREAS OF INTEREST**



VETERANS HIRING     INTERNSHIP PROGRAMS     OUR BENEFITS     SUSTAINABILITY



IKEA-047124

## LINKEDIN

- Purchased 5 Job Slots
- 4 Recruiters using site to proactively source
- Ability to post relevant news & IKEA messages that are forwarded to IKEA Followers & accessible to millions of viewers

## GLASSDOOR

- All Jobs Posted
- Coworker & Candidate Reviews
- Meet our Coworkers & learn about IKEA
- Advertise **IKEA Jobs on Competitor sites**
- IKEA Job Messages **follow candidates** as they continue their search off of the Glassdoor site
- Traffic of candidates has **increased by 173%** from June to August
- IKEA searches on Glassdoor have doubled since we began Pilot. **40,000 to 80,000 a month**.
- Reviews of IKEA have **increased and rating went from 3.4 to 3.7 (out of 5)** since Pilot began



IKEA-047125



IKEA
www.ikea.com

Engaged Employer

| 1.0k Reviews | 903 Salaries | 371 Interviews | 711 Jobs |

Follow    + Add Review

Search IKEA Jobs

**Recent Updates**                                    All Updates >

IKEA update                                           3 days ago

Welcome IKEA St Louis and "hello" new neighbors in Missouri. Our newest location opened its doors this week as our 41st store in the US and 376th worldwide. We had over 13,000 people walk through our doors, sold 39,085 meatballs,1,063 hot dogs, and 3,081 Cinnamon Buns! Come see what all the excitement is about,

**Work in HR or Recruiting?**                         ×
Get your free employer account

**Jobs You May Like**                    See All >

Search IKEA Jobs

Human Resources Generalist
IKEA – Brooklyn, NY

Goods Flow Co-worker I
IKEA – Brooklyn, NY

Recovery Co-worker
IKEA – Brooklyn, NY

Goods Flow Co-worker II
IKEA – Brooklyn, NY

Sales Team Leader-Beds
IKEA – Elizabeth, N.I

IKEA-047126

# Meet some of our 131,000 closest friends





"I love the fact that I started in one function and can move to another...I can use what I learned in sales and apply it to Customer Relations"

**Andrew Irons - Team Leader IKEA Burbank**

"I love the culture at IKEA. We are not only a successful international home furnishings company, but a company that strongly believes in being environmentally and socially responsible"

**Elizabeth Spencer – Communications and Interior Design Coworker IKEA Woodbridge**





"I stared working part time at IKEA Costa Mesa while working on my astrophysics degree, I find managing at IKEA much more fun and exciting than my original career plan and I enjoy the freedom to make my own decisions..."

---

**IKEA USA**
17 mins

Check out the latest IKEA offers for the fall!



IKEA Flyer: New Offers for

## Latest News                  See All >

Sweden sparks protests in Morocco after Ikea row
8 hours ago

IKEA Stops Selling Window Blinds With Cords That Pose Choking Threats To Kids
today

Ikea Thinks Movable Walls Can Solve Your Tiny Apartment Woes
the day before yesterday

Source : Google

IKEA-047127

## INDEED

- 20 Sponsored Job Slots that which drive 5 times more candidates that organically posted jobs.
- Featured Employer places IKEA logo and links to IKEA jobs placement is driving 2.5 times more traffic than IKEA Sponsored Jobs
- Unlimited Resume Searches for all HR teams and Hiring Managers
- Traffic to ATS has increased by 14.4% in the first 90 days

## MONSTER

- 5 Recruiter Slots for proactive Sourcing
- Bulk pricing for Job Postings ($121 LY compared to $ 11.50 for FY 16)
- Costs now taken centrally and allocated

38 – GWI FY16 AWARENESS - INTERNAL COMMUNICATORS



## TALENT WEEK + NATIONAL RECRUITING EVENT

- Several day(s) of activities for co-workers & candidates
- Internal & external communication
- Partnering with Canada to make it a NA event
- The official launch of our external employer branding strategy








IKEA-047129

Recruitment is not only about finding the right people. It is about building the IKEA Brand. In other words, how we hire is as important as who we hire.



IKEA-047130

## 2020 CO-WORKERS- THE NEED

<u>To be recruited & hired</u>:
- Co-workers    24,125
- Managers      1,467
- Total        25,592

More than Double by 2020!





41 - GWI FY16 AWARENESS - INTERNAL COMMUNICATORS

IKEA-047131

## Where we are today- Existing Store Recruitment





IKEA-047132

**Where we are today- Existing Store Recruitment**

# 91,421



43 - GWI FY16 AWARENESS - INTERNAL COMMUNICATORS



IKEA-047133

## Where we are today- Employer Referral





IKEA-047134

## Where we are today- New Store Recruitment Process

|  | Kansas City | Miami | St. Louis |
|---|---|---|---|
| **Projected Sales Volume:** | B | B | B |
| **Total # of Hourly Coworker's by Hours Level** |  |  |  |
| **HL1:** | 67 (36%) | 81 (33%) | 88 (26%) |
| **HL2:** | 75 (41%) | 94 (38%) | 192 (57%) |
| **HL3:** | 41 (22%) | 71 (28%) | 54 (16%) |
| **# of Temps:** | 5 | 0 | 136 |
| **# of TL/Specialist:** | 28 | 23 | 29 |
| **# of Salaried Mgrs:** | 33 | 34 | 30 |
| **# of Transfers:** | 11 | 9 | 18 |
| **# of External Middle Mgrs Hired:** | 22 | 24 | 9 |
| **# of TE's:** | 0 | 2 | 3 |
| **% of internal SSG Hires** | 89% | 89% | 78% |
| **Total % of internal managers hired (Steering + Middle Mgrs)** | 46% | 29% | 70% |
| **Turnover after first year** | 43% | 53% | TBD |
| **Total External Applicants** |  |  | 10,330 |



IKEA-047135

## SUCCESSION

### COWORKERS

High Potential −12%
Good Potential −20%
Same Level −68%

### MANAGERS

High Potential −7%
Good Potential −43%
Same Level −50%

### STEERING

High Potential −9%
Good Potential −48%
Same Level −43%



IKEA-047136

## SSG SUCCESSION



234 SSG Needs → 278 SSG Successors → 31% Promotion Rate → 86 SSG Ready → 148 SSG Gap

1. Increase ADP Promotion Rate to 50%
2. Hire 40% of SSG Members Externally

47 - GWI FY16 AWARENESS - INTERNAL COMMUNICATORS



IKEA-047137

## RECRUITING OPPORTUNITIES

•Our current recruiting process does not reach 92% of applicants
•Current selection process is being driven by availability
•Limited recruiting analytics & goals
•Candidate care needs to continue to improve
•Resources required to implement & manage national sourcing strategy & social media recruiting platforms
•Current employee referral program is antiquated and optional
•New store opening recruitment process needs to be re-designed
•We have barriers to buying talent at senior levels





IKEA-047138

## SUCCESSION OPPORTUNITIES

•Leaders need to be aligned around assessing potential & spotting more talent
•Create accountability for developing successors
•ADP promotion success needs to increase from 31% to 50%
•Pilot ADP program for Team Leads & Specialist
•Challenge existing management review process to find more talent.





49 - GWI FY16 AWARENESS - INTERNAL COMMUNICATORS

IKEA-047139



IKEA-047140

## TARGET CANDIDATE SEGMENTS

- **Our Customers**
- **Our Loyalists** (IKEA Family & Facebook)
- Our Co-worker's **Referrals**
- Diverse candidates through university recruitment and **national partnerships**
- **Our Coworkers**

## SELECTION PROCESS

- Who share our **values**
- Who        customers & have an **interest in home furnishings**
- Who have **potential** & want a career
- Who are **diverse** & represent the many in our PMA
- Who are **mobile**



**A SCALABLE & SEEMLES HIGH VOLUME RECRUITING PROCESS**

- National & Regional Sourcing Plan - FY16
- National Co-Worker Referral Program- Fy16
- Internal & External Employer Branding Approach- FY16
- New Recruiting Partnerships- Fy16
- New Selection Process & Criteria- FY16
- Re-Design the New Store Opening Recruitment Process- FY16
- Re-Design Recruiting process to reach more applicants- Fy17
- National Sourcing & Social Media Recruiters-FY17

 

52 - GWI FY16 AWARENESS - INTERNAL COMMUNICATORS

IKEA-047142

## Spotting & Developing Diverse Talent

- Launch IKEA Talent approach & alignment around identifying potential- FY16
- Launch an internal employer branding campaign creating awareness of career paths for our co-workers- FY16
- Re-evaluate and improve ADP program to increase promotion success to 50% and offer at Team Lead/Specialist level- FY17
- Use internships, apprenticeships, and co-ops to feed talent pool- *(On Hold)*
- Stack the bench with potential- hiring talent in advance of need- FY17/18
- Measure & report promotion/export rates and set individual goals- FY17
- Reward the development of Talent- FY17/18
- Re-design the US management review process to identify more talent- FY17 (Talent Scouts)

 

53 - GWI FY16 AWARENESS - INTERNAL COMMUNICATORS

IKEA-047143

# Ex. 11

| | |
|---|---|
| **From:** | Lauren Burinskas </O=MAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LKAN> on behalf of Nabeela Ixtabalan |
| **To:** | Jodi Beck; Roberta Wierman; Monica Lovkvist |
| **Sent:** | 1/12/2016 7:01:14 PM |
| **Subject:** | FW: KICK-Off NA D&I Network Meeting |
| **Attachments:** | Diversity and Inclusion Approach Booklet_pages_web.pdf; McKinsey US retail report.pdf; Retail US Diversity Strategy FY15.pdf |

Hej!

just fyi - to let you all know that the kickoff meeting for the D&I network is tomorrow morning via skype - it will be an early one for me!

I am excited and grateful that I have been invited to be a part of this, and hope to have a better clarity on the mission and agenda as things move forward.

I will keep everyone posted and in the loop -

L

Lauren Burinskas
Graphic Communication Leader
IKEA Dallas
7171 IKEA Drive, Frisco, TX 75034
Phone: (972) 712-5591
burinskas.lauren@ikea.com
_____
From: Nabeela Ixtabalan
Sent: Monday, January 04, 2016 11:13 PM
To: Kristien Verbeke; Stephani Conner; Karlene Bruney; Lori Thompson; Elizabeth Lanka; Erika Lane; Rachel Reyes; Yessica Barrera; Heidi Tippery; Graciela Estivenson; Kishorn Henry; John Caliguiri; Anne Barakat-Lord; Megan Thompson; Rosanna McLaughlin; Edward Morris; Christopher Jelepis; Annette Sodano; Mary Barroso; Samantha Gravina; Xin Sun; Maria Bernal Sahun; Lauren Burinskas; Rich D'Amico; Catherine Blair
Subject: KICK-Off NA D&I Network Meeting
When: Wednesday, January 13, 2016 8:00 AM-11:00 AM.
Where: Russia (R) (VM) (12) US-SERVICE OFFICE USA/ Skype

Hello Everyone,

Due to a scheduling conflict we will have to shorten or D&I kick off meeting therefore I am sending some material as pre-read.
We look forward to starting this journey together.

Please let me know if you have any questions.

Pre-Read Material:
1. Read the Global Approach to D&I

2. Read the FY16 US D&I Recap

3. Read the US McKinsey Findings

Agenda For Kick Off Meeting:

• Expectations/Ways of Working as Network
• Our Approach
• Questions/Comments/Feedback on Pre-Read Material & Our Approach
• Next Steps

- Work Groups
- Store Clusters
- SME Areas
Thank You,
Nabeela

................................................................................................................................

--> Join Skype Meeting<https://meet.lync.com/iweof/nabeela.ixtabalan/HSHYK4L4>
This is an online meeting for Skype for Business, the professional meetings and communications app formerly known as Lync.


Join by Phone
Toll number: +1 (702) 696-5654<tel:+1%20(702)%20696-5654>
Find a local number<http://www.intercall.com/l/dial-in-number-lookup.php>

Conference ID: 5035660143

Help<https://inside.ikea.com/supportservices/ITSupport/FindmyITServiceDesk/Pages/default.aspx>


Australia 0289852490, Austria 019287547, Bangladesh +65 65974049, Belgium 024010551, Canada +16472528067, China 4006700527, Czech Republic 239014982, Denmark 32711698, Finland 0923193906, France 0170732720, Germany 069222216110, Hong Kong 30186720, India 02230985384, Ireland 015060627, Italy 0236046238, Japan 0345036112, Korea 0260221255, Kuwait +44 2081184510, Luxembourg 24871272, Netherlands 0207143537, Norway 21033427, Pakistan +65 65974049, Poland 222120151, Romania 0217940822, Russia (8) 495 249 98 57, Saudi Arabia +44 2081184510, Serbia +44 2081184510, Singapore 65974049, Slovenia - 016003974, Spain 914143676, Sweden 0856619427, Switzerland 0445804034, Turkey +44 2081184510, United Kingdom 08445790592, United States 7026965654, Vietnam +65 65974049
[!OC([1033])!]
................................................................................................................................

IKEA-101715

# RETAIL US - KEY INSIGHTS FROM HR QUANTITATIVE SURVEY

## STRENGTHS

- The US has a good gender balance in country and store management teams, on first line manager and co-worker level

- The balance is stable over the last two years.

- The salary gap has decreased over the two year trend (seniority or team size hasn't been considered in the analysis yet and would be worth looking into)

## OPPORTUNITIES

- As for many other retail countries, the share of female store manager still has potential

- Although there was higher turnover of men in store manager (and store management team and first line manager) positions, an opportunity was missed to improve gender balance for store manager and first line manager positions:

  - Promotion rates show females being promoted at lower rates then men for store manager positions)

IKEA-101716

CONFIDENTIAL

# GENDER BALANCE AT RETAIL US COMPARED TO RETAIL TOTAL AND EXTERNAL BENCHMARK FOR RETAIL COMPANIES

Share of women, 2014

| Roles | 🇺🇸 | N = | Total Retail | | External Benchmark Retail |
|---|---|---|---|---|---|
| Country manager | 0% | 1 | 47% | | |
| Country management team* | 55% | 33 | 50% | 50% | |
| Store manager | 34% | 47 | 38% | | |
| Store management team | 57% | 351 | 51% | 49% | |
| First line manager | 46% | 1640 | 49% | | |
| Remaining co-worker | 52% | 11262 | 57% | 57% | |
| **Total** | **51%** | | **56%** | | |
| N = | | 13333 | 85973 | | |

\* Including deputies

IKEA-101717

CONFIDENTIAL

# NO MAJOR CHANGES ON SHARE OF WOMEN FOR THE DIFFERENT MANAGEMENT LEVELS
Development share of women, 2013-2015

| Roles | 2013 | N = | 2014 | N = | Feb 2015 | N = |
|---|---|---|---|---|---|---|
| Country manager* | 0% | 1 | 0% | 1 | 0% | 1 |
| Country management team* | 59% | 27 | 55% | 33 | 55% | 33 |
| Store manager* | 36% | 47 | 34% | 47 | 33% | 52 |
| Store management team | 53% | 298 | 57% | 351 | 57% | 363 |
| First line manager | 48% | 1495 | 46% | 1640 | 46% | 1642 |
| Remaining co-worker | 52% | 10362 | 52% | 11262 | 52% | 10720 |
| Total | 51% | | 51% | | 51% | |
| N = | 12230 | | 13333 | | 12811 | |

* Including deputies

McKinsey & Company | 2

IKEA-101718

CONFIDENTIAL

# SUCCESSOR LISTS ARE QUITE BALANCED IN 2014



Women
Men

**Successor list (out of MCR)**

Number and % of W/M for successors in different management levels

2013

N=385    N=273    N=12

49  51     57  43     42 ✓ 58

All manager positions    Store management team    Country management team

2014

N=454    N=600

52  48     54  46

All manager positions    Store management team    Country management team    n/a

SOURCE: IKEA surveys

McKinsey & Company | 3

IKEA-101719

CONFIDENTIAL

# HR PRACTICES QUALITATIVE SURVEY

| HR practices | Examples of practices evaluated (not exhaustive) |
|---|---|
| Recruiting | ▪ Tracking gender of applicants, interviews, offers, … <br> ▪ Gender specific practices (recruiting events, communication, etc) <br> ▪ Candidate screening |
| Performance and promotions | ▪ Tracking of gender equality by activity/ level <br> ▪ Accountability of manager on gender specific targets <br> ▪ Fairness of promotion for both genders |
| Retention | ▪ Specific programs offered to parents / co-workers (extended maternity policy, service for sick children, meetings only during business hours, …) |
| Environment | ▪ Including gender equality in strategic agenda at every level of the organization <br> ▪ Actions undertaken by organization to increase men's sensitivity |

McKinsey & Company | 4

IKEA-101720

CONFIDENTIAL

# THE US IS LEADING IN THE RETAIL ORGANISATION FOR ENVIRONMENT PRACTICES

◆ Retail Average
⬤ CZ/SLO/HU



SOURCE: IKEA HR Practice survey, 2015

McKinsey & Company | 5

IKEA-101721

CONFIDENTIAL

# RETAIL US - KEY INSIGHTS FROM HR PRACTICES SURVEY

## STRENGTHS

- The US is the only retail organisation surveyed to have **developed a business case for gender equality**
- The US is leading retail organisations in **recognising gender equality is on leadership's agenda**.
- 50% of retail countries (US included) track and measure gender of acceptances
  - The US should continue to track additional metrics for gender balance

## OPPORTUNITIES

- The US is among the 55% retail countries that believe the organisation could do more to promote gender equality in hiring. Additional activities could be gender sensitive language in employer branding or awareness training for recruiters
- The US **does not offer flexible work programs** used in other countries (e.g. part-time schedules for managers (offered by 30% of retail organisations), eldercare support (40%), virtual office (80%) and choice of schedule for staff planning (60%)
- The US is **behind all other retail countries in terms of offering activities for employees with family care needs.**
- Like a majority of retail organisations, **gender equality training programs aren't offered** consistently for managers and co-workers

IKEA-101722

CONFIDENTIAL

# RETAIL US - KEY INSIGHTS FROM ATTITUDINAL SURVEY

*Retail US did not filled out the attitudinal survey*
*Please refer to the overall Retail report to learn about*
*key insights from the attitudinal survey.*



THE IKEA GROUP DIVERSITY & INCLUSION APPROACH

*An integrated business approach*

IKEA-101764



IKEA-101765

# CONTENTS

4    Background

8    Purpose

9    Our definitions of diversity and inclusion

10    The IKEA Diversity & Inclusion Idea

13    Six steps for integrating diversity and inclusion into our business

CONFIDENTIAL

We believe everyone has the
right to be treated equally

# BACKGROUND

At IKEA, we see diversity and inclusion as the right thing to do.
It is a part of our values and it is essential to the success of our
business.

Leveraging diversity and inclusion is an investment in our
co-workers and in our business. Recognizing our co-workers'
differences contributes to creativity, supports our growth plans
and helps create a better IKEA. A diverse and inclusive work
environment, where co-workers feel valued for their unique-
ness and recognised for their diverse talents, benefits our
business and contributes to our ambition to be appreciated and
recommended as a great place to work.

4

CONFIDENTIAL

IKEA-101767



## EQUALITY IS A HUMAN RIGHT

As a humanistic company, we believe everyone has the right to be treated equally; we provide equal opportunities to all our co-workers, regardless of their background. We encourage our co-workers to be themselves, because their uniqueness makes IKEA better.

5

IKEA-101768

## A NEW REALITY

Shifting demographics, the knowledge economy and other global societal trends have created a new reality:

**Demographic changes**
- Cross-border migration has grown significantly in the last decade. Open borders lead to a culturally diverse workforce.

- The aging population in developed countries requires accommodations in the workplace to meet the needs that come with age.

- A multigenerational workplace with up to five generations working together brings challenges of understanding, respecting and accepting generational differences.

- Gender composition is changing as more women are entering the workforce.

**Knowledge economy & technological innovations**
- Despite a growing global population, the number of skilled workers is shrinking. Companies compete for talent, creating a need to enlarge the labour pool.

- The increased use of digital technology supports a mobile world. Social media is part of everyday life and is used for networking as well for learning. This results in openness to new ways of thinking and learning.

**Societal trends**
- Applicants who join the labour market have a preference to work for a company that is environmentally and socially responsible; A company that reflects the diversity of the market.

- Consumers prefer to shop in a trusted company with a meaningful brand; a company that reflects their diversity and behaves in a socially and environmentally responsible way.

6

IKEA-101769



## DIVERSITY IS A
## BUSINESS NECESSITY

In the new reality created by global trends, diversity is no longer an option. It's a necessity.

- Diversity increases creativity and innovation. Recruiting from the entire pool of diverse talents means that we can attract the most skilled co-workers.

- Inclusion creates a desirable workplace for co-workers; increasing their satisfaction and reducing turnover rates. When co-workers feel appreciated and valued, their contribution and loyalty increase.

- By reflecting the diversity of our markets, we broaden our customer base and tap into new markets. Diverse co-workers enable a better understanding and support of our customers' needs.

7

IKEA-101770



# PURPOSE

To be recognized as a great place to work by all our co-workers, who feel they can thrive in our inclusive work environment.

To support IKEA growth and expansion by attracting and developing a diverse pool of competent candidates.

To broaden our customer base with consumers who prefer to shop in a unique, meaningful and trusted company.

8

CONFIDENTIAL

IKEA-101771

# DEFINITIONS

## DIVERSITY

Diversity at IKEA refers to the different identity groups of our co-workers. This includes age, gender identity, sexual orientation, physical ability, ethnicity, race and nationality that are considered primary dimensions (physical or social attributes that typically cannot be easily changed).

Diversity also includes learning styles, religion, skills, family status, and any other individual characteristic that is a secondary dimension (elements of our personal identity that can be more easily changed).

## INCLUSION

Inclusion at IKEA is about creating a work environment in which our co-workers are successful because they feel welcome, respected, supported and appreciated. It is about developing an infrastructure with supportive, flexible and collaborative ways of working; it is about practicing inclusive behaviours daily and it is about taking advantage of our differences and leveraging them to benefit our co-workers, our business and our community.

9

IKEA-101772



# THE IKEA DIVERSITY & INCLUSION IDEA

IKEA is a values-driven company. We believe in people and see each individual as a talent. We treat each other fairly and provide our co-workers with equal opportunities, regardless of their age, gender identity, sexual orientation, physical ability, ethnicity, race, nationality or any other dimension of their identity.

Diversity and inclusion at IKEA is grounded in our value of togetherness and enthusiasm.

10

CONFIDENTIAL



We know that each individual adds value to the team and we are committed to creating an inclusive work environment that encourages our diverse and competent co-workers to be themselves, to apply their unique perspectives at work and to assume responsibility for our growth.

A diverse and inclusive work environment improves our business results, strengthens our competitiveness and contributes to positioning IKEA as a unique, meaningful and trusted brand, company and employer.

**Peter Agnefjäll**

11

CONFIDENTIAL



Leveraging diversity and inclusion
is an investment in our co-workers
and in our business

12

IKEA-101775

# SIX STEPS FOR INTEGRATING DIVERSITY AND INCLUSION INTO OUR BUSINESS

## OVERVIEW:

These steps guide our leaders in creating a diverse and inclusive workplace:

**1** Establish the mindset for diversity and inclusion

**2** Analyse co-workers' diversity

**3** Set local goals for diversity

**4** Develop a local action plan for diversity

**5** Create an infrastructure for inclusion

**6** Measure diversity and inclusion

13

IKEA-101776

Diversity increases
creativity and innovation

## THE STEPS IN DETAILS:

### 1 Establish the mindset for diversity and inclusion

Determine the value added and the potential barriers for
diversity and inclusion:

- Anchor diversity in our values and culture
- Explore, reflect and increase awareness of unconscious
  biases
- Build the local business case for diversity and inclusion
- Diversity and inclusion is everyone's responsibility. Get buy-
  in and commitment for diversity and inclusion and ensure all
  of IKEA co-workers take part in contributing to a diverse and
  inclusive work environment

### 2 Analyse co-workers' diversity

Use the diversity model to analyse co-workers' diversity on
primary dimensions:

- Gender, age, nationality and any other dimension you can
  measure that contributes to the diversity in your team

14

IKEA-101777



## 3 Set local goals for diversity, considering global commitment

Share the global goals and commitments with your organisation and use them as guidance for setting local goals:

**GLOBAL COMMITMENT**

| | |
|---|---|
| **Gender** | Gender balance in management positions 50% women in all leadership positions |
| **Nationality** | Multinational organisation, mirroring global IKEA and our local markets |
| **Sexual Orientation and Gender Identity** | Equal treatment to all sexual orientations and gender identities |
| **Age** | Age distribution, including focus on young potentials and on 50+ |
| **Physical Ability** | Recognizing other abilities and providing equal opportunities |
| **Secondary Dimensions of our Identity** | Providing equal opportunities for all co-workers, regardless of their identity groups |

- Focus local goals on relevant dimensions that will make a difference to co-workers and to your business

15

IKEA-101778

## 4 Develop a local action plan to integrate diversity into business practices

Build a diverse co-worker population, which reflects the local market, by integrating diversity into:

- Recruitment
- Competence development
- Succession
- Business plans (unit/department/function)

## 5 Create an inclusive work environment with a supportive infrastructure and inclusive behaviours

Ensure our work environment is inclusive through:

- Values-driven Culture – linking our vision, values and culture to inclusion
- Individual Diversity Competence - developing co-workers' diversity competence
- Emotional Intelligence – focusing on emotional intelligence, self awareness and others' awareness
- Inclusive Systems – ensuring our HR practices and systems are inclusive

16

CONFIDENTIAL

IKEA-101779



**The Inclusion model**

Inclusion Model (adapted from The Workers Group Inc.)

17

CONFIDENTIAL

IKEA-101780



CONFIDENTIAL

# 6 Measure diversity and inclusion

Measure diversity and inclusion and follow up on goals:

| GOAL | MEASUREMENTS |
|------|-------------|
| **Recruitment** | • Meeting recruitment targets for diversity |
| | • Diversity of qualified candidates |
| | • Number and type of recruitment channels |
| | • Turnover rates of co-workers based on gender, nationality and age |
| **Competence Development** | • Percentage of co-workers participating in leadership programmes based on gender, nationality and age |
| | • Focus on diversity and inclusion in programmes |
| | • Diversity awareness and education is provided |
| **Succession & Promotion** | • Percentage of successors based on gender, nationality and age |
| | • Development plans for identified successors are set and followed up |
| | • Succession bench leads to the desired diverse co-worker population |
| | • Percentage of promotion of co-workers from different genders, nationalities and ages |
| | • Diversity of reviewers/decision makers for promotion |
| | • Diversity of leaders |
| **Inclusion** | • VOICE results of co-workers based on gender, nationality and age |
| | • VOICE inclusion index |
| | • Flexible work arrangements offered |
| | • Equal pay for jobs of equal value is secured |
| | • 360° survey results reflect inclusive leadership |

19

IKEA-101782



CONFIDENTIAL

# IKEA US
# DIVERSITY & INCLUSION
## FY14-NOW

CONFIDENTIAL

# CONTENTS

The global D&I approach

Integrating D&I within the US
- Where we have been
- Where we are now

Where do we want to be

How do we get there

*We believe everyone has the
right to be treated equally*

At IKEA, we see diversity and inclusion as the right
thing to do.  It is a part of our values and it is
essential to the success of our business.

Leveraging diversity and inclusion is an investment
in our co-workers and in our business. Recognizing
our co-workers' differences contributes to
creativity, supports our growth plans and helps
create a better IKEA. A diverse and inclusive work
environment, where co-workers feel valued for
their unique-ness and recognised for their diverse
talents, benefits our business and contributes to
our ambition to be appreciated and recommended
as a great place to work.

CONFIDENTIAL



# EQUALITY IS A HUMAN RIGHT

As a humanistic company, we believe everyone has the right to be treated equally; we provide equal opportunities to all our co-workers, regardless of their background.   We encourage our co-workers to be them selves, because their uniqueness makes IKEA better.

CONFIDENTIAL

IKEA-101727

# A New Reality

Shifting demographics, the knowledge economy and other  global societal trends have created a new reality:

## Demographic changes

- Cross-border migration has grown significantly in the last decade. Open borders lead to a culturally diverse workforce.
- The aging population in developed countries requires  accommodations in the workplace to meet the needs that come with age.
- A multigenerational workplace with up to five generations working together brings challenges of understanding, respecting and accepting generational differences.
- Gender composition is changing as more women are  entering the workforce.

## Knowledge economy & technological innovations

- Despite a growing global population, the number of skilled workers is shrinking. Companies compete for talent, creating a need to enlarge the labour pool.
- The increased use of digital technology supports a mobile world. Social media is part of everyday life and is used for networking as well as for learning. This results in openness to new ways of thinking and learning.

## Societal trend

- Applicants who join the labour market have a preference to work for a company that is environmentally and socially re-sponsible; A company that reflects the diversity of the mar-ket.
- Consumers prefer to shop in a trusted company with a meaningful brand; a company that reflects their diversity and behaves in a socially and environmentally responsible way.

IKEA-101728



# DIVERSITY IS A BUSINESS NECESSITY

In the new reality created by global trends, diversity is no  longer an option. It's a necessity.

- Diversity increases creativity and innovation. Recruiting from the entire pool of diverse talents means that we can attract the most skilled co-workers.

- Inclusion creates a desirable workplace for co-workers;  increasing their satisfaction and reducing turnover rates. When co-workers feel appreciated and valued, their contribution and loyalty increase.

- By reflecting the diversity of our markets, we broaden our customer base and tap into new markets. Diverse co-workers enable a better understanding and support of our customers' needs.

IKEA-101729



# PURPOSE

- To be recognized as a great place to work by all our co-workers, who feel they can thrive in our inclusive work environment.

- To support IKEA growth and expansion by attracting and developing a diverse pool of competent candidates.

- To broaden our customer base with consumers who prefer to shop in a unique, meaningful and trusted company.

CONFIDENTIAL

# DEFINITIONS

## DIVERSITY

Diversity at IKEA refers to the different identity groups of our co-workers. This includes age, gender, physical ability, ethnicity, sexual identity and nationality that are considered primary dimensions (physical or social attributes that typically cannot be easily changed).

Diversity also includes learning styles, religion, skills, family sta-tus, and any other individual characteristic that is a secondary dimension (elements of our personal identity that can be more easily changed).

## INCLUSION

Inclusion at IKEA is about creating a work environment in which our co-workers are successful because they feel welcome, respected, supported and appreciated. It is about developing an infrastructure with supportive, flexible and collaborative ways of working; it is about practicing inclusive behaviours daily and it is about taking advantage of our differences and leveraging them to benefit our co-workers, our business and our community.

CONFIDENTIAL

# THE IKEA DIVERSITY & INCLUSION IDEA

IKEA is a values-driven company. We believe in people and see each individual as a talent. We treat each other fairly and provide our co-workers with equal opportunities, regardless of their gender, age, religion, sexual identity, physical ability, ethnicity or any other dimension of their identity.

Diversity and inclusion at IKEA is grounded in our value of  togetherness and enthusiasm.

CONFIDENTIAL

IKEA-101732

# SIX STEPS FOR INTEGRATING DIVERSITY AND INCLUSION INTO OUR BUSINESS

OVERVIEW: These steps guide our leaders in creating a diverse and inclusive workplace:

 **1** Establish the mindset for diversity and inclusion

 **2** Analyze co-workers' diversity

**3** Set local goals for diversity

 **4** Develop a local action plan

 **5** Create an infrastructure to leverage coworkers' diversity

 **6** Measure diversity and inclusion

CONFIDENTIAL

IKEA-101733



# ESTABLISH THE MINDSET FOR DIVERSITY & INCLUSION

<u>FY14</u>
1. All Steering teams completed Dimensions of Diversity training for Managers
2. Store Manager + 1 Diversity Ambassador were invited to initial IKEA US D&I Kick off in July 2014
3. 2 ReadMe articles highlighting D&I work in the US

<u>FY15</u>
1. Conducted a virtual workshop with Store Manager's focused on sharing successes and good examples
2. Conducted a virtual workshop with HR Manager's focused on the legal aspect of hiring with diversity in focus
3. Conducted a cross functional focus group to assess ongoing needs
4. Active participation of D&I ambassadors as part of global workgroup

© Inter IKEA Systems B.V.2015
IKEA USA Diversity & Inclusion Toolkit  **Attorney Client Privileged**

 # ANALAYZE COWORKER DIVERSITY

<u>FY14</u>
1. Locations completed a store specific diversity analysis
2. Functions completed function specific diversity analysis
3. Started tracking diversity analytics on national level

<u>FY15</u>
1. Continued tracking diversity analytics on a tertial basis but have not distributed the data

© Inter IKEA Systems B.V.2015
IKEA USA Diversity & Inclusion Toolkit  **Attorney Client Privileged**

IKEA-101735

 # SET LOCAL DIVERSITY GOALS

<u>FY14</u>
N/A

<u>FY15</u>
1. All store managers received diversity goals on their PE's
2. Stores asked to set and report progress of diversity goals during T2 People Focused deputy visit
3. Virtual workshop and tools provided around setting D&I goals
4. Virtual workshop for HRM's around working with diversity & the legal landscape

© Inter IKEA Systems B.V.2015
IKEA USA Diversity & Inclusion Toolkit  **Attorney Client Privileged**



# DEVELOP A LOCAL ACTION PLAN

<u>FY14</u>
N/A

<u>FY15</u>
1. Best practice toolkit provided to stores
2. Store D&I strategy approach and template provided to stores
3. Sharing of success stories and good ideas between stores
4. Provided access to Diversity Inc resources for industry best practices and solutions

© Inter IKEA Systems B.V.2015
IKEA USA Diversity & Inclusion Toolkit  **Attorney Client Privileged**

CONFIDENTIAL

IKEA-101737

# DEVELOP A LOCAL ACTION PLAN

## Introduction of additional tools & resources

The "Assessing your Current State"
The Store "D&I Strategy template"
The Store "Diversity Sourcing Plan"



Diversity & Inclusion Strategy

© Inter IKEA Systems B.V. 2015

**Co-worker Focus Group Questionnaire**

*1-Strongly Disagree, 2-Disagree, 3-Neutral 4-Agree, 5-Strongly Agree*

| Manager, Organizational and Employee Commitment to Diversity Direct Manager or Senior Manager Commitment to Diversity | Rating |
|---|---|
| 1. I believe my direct manager is committed to supporting a culture of inclusion. | |
| 2. My direct manager provides me with strategies to help me interact with peers who are different than me | |
| 3. My direct manager demonstrates a positive example of how to interact | |

**Local Diversity Sourcing Plan**

© Inter IKEA Systems B.V.2015
IKEA USA Diversity & Inclusion Toolkit  **Attorney Client Privileged**

IKEA-101738



# 5 CREATE AN INFRASTRUCTURE TO LEVERAGE COWORKER DIVERSITY

## FY14
1. IKEA US D&I kick off was heavily focused on story telling

## FY15
1. Sharing of success stories and good ideas between stores

© Inter IKEA Systems B.V.2015
IKEA USA Diversity & Inclusion Toolkit  **Attorney Client Privileged**

# Inspiring A Movement- Round Rock



© Inter IKEA Systems B.V.2015
IKEA USA Diversity & Inclusion Toolkit  **Attorney Client Privileged**

"We have made a decision here to be better. To be as inclusive as possible, to be better at hiring to create a more diverse and fun place to work, to use our co-worker areas to share communicate and get to know each other more.

We believe it starts with understanding each other, by making social time to connect and talk together. Looking at our own values and how they support those of IKEA. What makes us different and what hobbies, backgrounds, and experiences we have in common?"

-Paul Mansfield, Roundrock Store Manager

CONFIDENTIAL

IKEA-101740

# Inspiring A Movement- Brooklyn







IKEA Brooklyn launched a monthly breakfast speaker series in FY 15, focusing on women in Leadership roles

• Sharing stories, challenges and opportunities.

• Focus on work life balance, family, children and work

© Inter IKEA Systems B.V.2015
IKEA USA Diversity & Inclusion Toolkit  **Attorney Client Privileged**

# WHERE ARE WE NOW

## Looking at the Numbers

CONFIDENTIAL

IKEA-101742

| Total Gender | Male | | Female | |
|---|---|---|---|---|
| | 9.01.2014 | 9.01.2015 | 9.01.2014 | 9.01.2015 |
| Hourly Co-workers (includes Salaried Non-Exempt) | 52.3% | 48.8% | 47.7% | **51.2%** ⬆ |
| Management Support | 49.6% | 51.2% | 50.4% | 48.8% |
| Management (exempt) | 52.3% | 49.8% | 47.7% | **50.2%** ⬆ |
| Grand Total | 52.1% | 49.1% | 47.9% | **50.9%** ⬆ |

**Key Takeaways:** The percentage of women in management positions has moved by 2.5% and we are gender balanced in all areas hourly, management support, and exempt management.

IKEA-101743

| Steering Gender | Male | | Female | | |
| --- | --- | --- | --- | --- | --- |
| | 9.01.2014 | 9.01.2015 | 9.01.2014 | 9.01.2015 | |
| Store Manager | 64.1% | 60.9% | 35.9% | 39.1% | +3.2% |
| Deputy Store Manager | 70.0% | 71.4% | 30.0% | 28.6% | |
| Human Resources Manager | 20.5% | 22.5% | 79.5% | 77.5% | |
| Sales Manager | 63.9% | **56.8%** | 36.1% | **43.2%** | +7.1% |
| Comm & In Manager | 25.0% | 32.5% | 75.0% | 67.5% | |
| Operations Manager | 56.1% | **53.7%** | 43.9% | **46.3%** | +2.4% |
| Logistics Manager | 81.6% | 81.6% | 18.4% | 18.4% | |
| Customer Relations Manager | 34.1% | **42.5%** | 65.9% | **57.5%** | |
| IKEA Food Manager | 61.5% | **53.7%** | 38.5% | **46.3%** | +7.8% |
| Local Marketing Specialist | 7.7% | 8.3% | 92.3% | 91.7% | |
| Grand Total | 171 | 46.7% | 195 | 53.3% | |

**Key Takeaway:** Overall women in steering outnumber men by 6%. This is attributed to strong  gender balance in Operations and IKEA Food which were two functions that move their gender balance by adding more women. This is added to the fact that Comm-In, HRM, and LMS are predominantly women. Though women make up 53.3% of steering members they only account for 39.1% of store mangers, up 3% from FY14. 13 out of 43 or 30% of Stores ended FY15 with gender balance in steering.

IKEA-101744

| Total Ethnicity | American Indian or Alaskan Native | | Asian | | Black or African American | | Hispanic or Latino | |
|---|---|---|---|---|---|---|---|---|
| | 9.01.2014 | 9.01.2015 | 9.01.2014 | 9.01.2015 | 9.01.2014 | 9.01.2015 | 9.01.2014 | 9.01.2015 |
| Hourly Co-workers (includes Salaried Non-Exempt) | 0.3% | 0.3% | 7.8% | 7.8% | 23.0% | 22.7% | 22.4% | 22.3% |
| Management Support | 0.3% | 0.3% | 6.9% | 7.1% | 14.8% | 14.5% | 19.8% | 20.2% |
| Management (exempt) | 0.3% | 0.3% | 5.5% | 5.6% | 8.9% | 9.3% | 14.1% | 13.9% |
| Grand Total | 0.3% | 0.3% | 7.5% | 7.5% | 20.7% | 20.4% | 21.2% | 21.2% |
| US Census 2010 | % | 0.3% | | 5% | | 13% | | 16% |

**Key Takeaway:** Today our management support roles (TL's & Specialist) most closely reflect our co-worker base**.** 497 of existing management support are from a diverse ethnic background, that is 48% of our TL/Specialist base. Today they are not breaking through into middle management or steering, where we see ethnic diversity fall off. This is the co-worker pool we need to accelerate into Steering and Store Management!

What if we could accelerate the development of 20% of our TL's/Specialist into Steering? It would add 100 diverse leaders into our steering teams improving the ethnic diversity nationally from 34% to 40%.

CONFIDENTIAL

IKEA-101745

## Total Ethnicity

| | Native Hawaiian or Other Pacific Islander | | Two or more races | | White (Not Hispanic or Latino) | | Not Entered in GlobalView | |
|---|---|---|---|---|---|---|---|---|
| | 9.01.2014 | 9.01.2015 | 9.01.2014 | 9.01.2015 | 9.01.2014 | 9.01.2015 | 9.01.2014 | 9.01.2015 |
| Hourly Co-workers (includes Salaried Non-Exempt) | 0.6% | 0.7% | 3.9% | 3.9% | 39.6% | 39.5% | 2.5% | 2.8% |
| Management Support | 0.7% | 0.6% | 3.6% | 3.4% | 53.7% | 52.9% | 0.2% | 0.9% |
| Management (exempt) | 0.5% | 0.5% | 2.7% | 2.9% | 67.0% | 66.7% | 1.0% | 0.9% |
| Grand Total | 0.6% | 0.6% | 3.7% | 3.7% | 43.9% | 43.8% | 2.2% | 2.4% |
| US Census 2010 | | 0% | | 3% | | 72% | | |

**Key Takeaway:** White, co-workers make up 39.5% of our co-worker base but 66.7% of our management population. There is a systematic shift that needs to take place to spot talent across all ethnic and racial backgrounds.

CONFIDENTIAL

IKEA-101746

| Steering Ethnicity | American Indian or Alaskan Native | | Asian | | Black or African American | | Hispanic or Latino | | Native Hawaiian or Other Pacific Islander | | Two or more races | | White (Not Hispanic or Latino) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY14 | FY15 | FY14 | FY15 | FY14 | FY15 | FY14 | FY15 | FY14 | FY15 | FY14 | FY15 | FY14 | FY15 |
| Store Manager | 0.0% | 2.2% | 5.1% | 6.5% | 5.1% | 4.3% | 5.1% | 4.3% | 0.0% | 0.0% | 0.0% | 0.0% | 84.6% | 82.6% |
| Deputy Store Manager | 10.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 10.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 80.0% | 100.0% |
| Human Resources Manager | 0.0% | 0.0% | 12.8% | 12.5% | 15.4% | 7.5% | 5.1% | 7.5% | 0.0% | 0.0% | 0.0% | 2.5% | 66.7% | 67.5% |
| Sales Manager | 0.0% | 0.0% | 5.6% | 5.4% | 0.0% | 0.0% | 5.6% | 8.1% | 0.0% | 0.0% | 0.0% | 0.0% | 88.9% | 86.5% |
| Comm & In Manager | 0.0% | 0.0% | 0.0% | 0.0% | 2.8% | 2.5% | 5.6% | 5.0% | 0.0% | 0.0% | 5.6% | 5.0% | 86.1% | 87.5% |
| Operations Manager | 0.0% | 0.0% | 4.9% | 7.3% | 2.4% | 2.4% | 4.9% | 7.3% | 0.0% | 0.0% | 2.4% | 2.4% | 85.4% | 80.5% |
| Logistics Manager | 0.0% | 0.0% | 10.5% | 5.3% | 2.6% | 5.3% | 10.5% | 10.5% | 0.0% | 0.0% | 7.9% | 7.9% | 68.4% | 68.4% |
| Customer Relations Manager | 0.0% | 0.0% | 2.4% | 0.0% | 12.2% | 15.0% | 9.8% | 7.5% | 2.4% | 2.5% | 2.4% | 5.0% | 70.7% | 70.0% |
| IKEA Food Manager | 0.0% | 0.0% | 12.8% | 9.8% | 5.1% | 2.4% | 15.4% | 9.8% | 0.0% | 0.0% | 2.6% | 4.9% | 64.1% | 73.2% |
| Local Marketing Specialist | 0.0% | 0.0% | 5.1% | 5.6% | 7.7% | 8.3% | 17.9% | 22.2% | 2.6% | 0.0% | 2.6% | 2.8% | 61.5% | 61.1% |
| Grand Total | 0.3% | 0.3% | 6.4% | 5.7% | 5.9% | 5.2% | 8.9% | 8.7% | 0.6% | 0.3% | 2.5% | 3.3% | 75.1% | 76.0% |

**Key Takeaway:** Ethnic diversity amongst steering from FY14 to FY15 is roughly unchanged and in some areas got worse with the sole exception being within Operations managers. White coworkers make up 39.7% of our hourly coworker base but 76% of our steering members. Hispanics coworkers account for 22% of our coworker base but only 8.7% of our steering members. African American coworkers account for 23% of our coworker base but only 5.2% of our steering members. Conclusion, the unit management in our stores does not mirror the general coworker base enough.

## Total Age

| | <25 | | 25-34 | | 35-44 | | 45-54 | | 55-64 | | >65 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 9.01.2014 | 9.01.15 | 9.01.2014 | 9.01.15 | 9.01.2014 | 9.01.15 | 9.01.2014 | 9.01.15 | 9.01.2014 | 9.01.15 | 9.01.2014 | 9.01.15 |
| Hourly Co-workers (includes Salaried Non-Exempt) | 27.9% | 29.0% | 29.0% | 30.8% | 15.8% | 13.8% | 14.2% | 13.2% | 10.0% | 9.7% | 3.1% | 3.5% |
| Management Support | 6.2% | 5.8% | 45.2% | 46.1% | 25.8% | 26.9% | 16.2% | 14.8% | 5.7% | 5.6% | 0.9% | 0.8% |
| Management (exempt) | 0.7% | 0.4% | 26.6% | 28.3% | 37.1% | 39.6% | 26.2% | 23.6% | 8.7% | 7.8% | 0.7% | 0.4% |
| Grand Total | 22.3% | 23.6% | 29.8% | 31.9% | 19.7% | 18.0% | 16.1% | 14.5% | 9.5% | 9.1% | 2.6% | 2.9% |

**Key Takeaway:** Millennials continue to dominate our coworker base accounting for 60% of coworkers but only 30% of exempt managers. The average tenure of exempt managers is 6-10 years with IKEA. We need to spot and prioritize potential and move them faster through our development pipeline, increase the number of coworkers under 34 in exempt management

**59.8%** of our workforce is <34 up 2.9% from FY14
**51.9% of** our TL's & Mgmt. Support are<34
**28.7%** of our Exempt Mgrs. are <34

IKEA-101748

# Key Diversity Opportunities

- Though we have reached gender balance amongst all management positions and that steering roles are 53% female, females only account for 39.1% of store managers. Important to note this has improved 3% from FY14.

- Some functions such as IKEA food, Sales, & Operations have seen strong development towards 50/50 gender balance at a steering level. Overall gender balance is still a large opportunity in Logistics, Human Resources, Local Marketing and Deputy & Store Management.

- Ethnic diversity amongst steering from FY14 to FY15 is roughly unchanged and in some areas got worse with the sole exception being within Operations managers. White coworkers make up 39.7% of our hourly coworker base but 76% of our steering members. The unit management in our stores does not mirror the general ethnic or racial makeup of our coworker base enough.

- Millennials continue to dominate our coworker base accounting for 60% of coworkers but only 30% of exempt managers. The average tenure of exempt managers is 6-10 years of IKEA experience. We need to spot and prioritize potential and move them faster through our development pipeline, increasing the number of coworkers under 34 in exempt management

CONFIDENTIAL

# WHERE ARE WE NOW

## INCLUSION

CONFIDENTIAL

IKEA-101750

# VOICE- Inclusion Indicators



| | Positive 4+5 | Previous | Total |
|---|---|---|---|
| **Leadership** | 77% | 76% | 77% |
| **Create togetherness** | 75% | 73% | 75% |
| ...recognises our diverse potentials and utilises them for best results | 74% | 73% | 74% |
| ...actively seeks input from people with diverse backgrounds, views and approaches | 72% | 71% | 72% |
| ...builds trustful relationships at work | 77% | 75% | 77% |
| ...develops collaboration with people outside our team to optimise the total IKEA business | 76% | 75% | 76% |

*My manager...*

**Key Takeaway:** 72% of our coworkers believe their manager actively seeks input from people with diverse backgrounds, views, and approaches. 74% of our coworkers believe their manager recognizes diverse potentials and utilizes them for the best results.

# VOICE- By Age

| | 24 or younger | 25-34 | 35-44 | 45-54 | 55-64 | 65 or older |
|---|---|---|---|---|---|---|
| | | | How old are you? | | | |
| Number of interviews | 2474 | 3470 | 2043 | 1599 | 968 | 296 |
| Responsibility | 78 | 81 | 83 | 83 | 82 | 84 |
| Initiative | 83 | 86 | 88 | 88 | 86 | 89 |
| Competence | 83 | 83 | 84 | 84 | 85 | 89 |
| Team spirit & Respect | 72 | 72 | 76 | 75 | 76 | 81 |
| Individual Engagement | 52 | 60 | 69 | 70 | 73 | 74 |
| Efficient | 73 | 69 | 71 | 69 | 70 | 72 |
| Open | 61 | 65 | 70 | 65 | 69 | 72 |
| Working together | 71 | 75 | 79 | 77 | 71 | 69 |
| Daring to be different | 70 | 71 | 74 | 72 | 72 | 75 |
| **VOICE** | **714** | **738** | **771** | **760** | **760** | **784** |
| Goals | 72 | 71 | 75 | 74 | 72 | 76 |
| IKEA Engagement | 79 | 76 | 81 | 81 | 83 | 86 |
| Sustainability | 80 | 81 | 85 | 86 | 85 | 86 |
| Brand value | 84 | 85 | 88 | 87 | 85 | 85 |

**Key Takeaway:** The largest age group of our workforce has the lowest individual engagement and openness.

CONFIDENTIAL

# VOICE- By Gender

| | Are you...? | |
|---|---|---|
| | Male | Female |
| Number of interviews | 5320 | 5395 |
| | | |
| Responsibility | 83 | 80 |
| Initiative | 87 | 86 |
| Competence | 84 | 83 |
| Team spirit & Respect | 76 | 72 |
| Individual Engagement | 63 | 63 |
| Efficient | 72 | 69 |
| Open | 69 | 62 |
| Working together | 77 | 73 |
| Daring to be different | 73 | 71 |
| **VOICE** | **760** | **731** |
| Goals | 75 | 71 |
| IKEA Engagement | 80 | 79 |
| Sustainability | 83 | 82 |
| Brand value | 86 | 85 |

**Key Takeaway:** Females have a lower overall voice score in our stores. The main areas that differ in experience between males and females  is "Team Spirit and Respect" where there is a 4 point gap, "Open" where there is a 7 point gap and "Working Together" where there is a 4 point gap between men and women.

IKEA-101753

# Opportunities to Measure Diversity & Inclusion efforts in more areas:

• Turnover By Age, Gender, Race/Ethnicity….

• Recruitment & Succession Data by Age, Gender, Race & Ethnicity….

• L&D engagement or usage related to Diversity & Inclusion Topics……..

CONFIDENTIAL

IKEA-101754

# Inclusion- Key Opportunities

- 72% of our coworkers believe their manager actively seeks input from people with diverse backgrounds, views, and approaches. 74% of our coworkers believe their manager recognizes diverse potentials and utilizes them for the best results.

- Females score 29 points less then men on voice. The main areas that differ in experience between males and females  is "Team Spirit and Respect", "Open" and "Working Together".

- The largest age group of our workforce <34 has the lowest individual engagement and openness.

- There are opportunities to measure D&I indicators in more areas from an inclusion perspective.

CONFIDENTIAL

# WHERE DO WE WANT TO BE

## Diversity & Inclusion in the US

CONFIDENTIAL

IKEA-101756

# Our Goals

| | What | By 2018 |
|---|---|---|
| Gender | Gender balance in management positions 50% women in all leadership positions | Maintain existing areas of the business where gender balance is in place<br>Achieve a 50/50 gender balance within the functions<br>Achieve a 50/50 gender balance amongst Store Manager |
| Race/Ethnicity | Mirror our many coworkers from a race/ethnicity perspective in leadership positions | Increase racial/ethnic diversity to be more reflective of our general coworker base through focusing on accelerating the development of management support roles. |
| Sexual Identity | Equal treatment to all sexual identities | Ensure that we lead when it comes to benefits for same sex couples and gender identity needs. |
| Age | Age distribution & engagement, including focusing on young potential and on 50+ | Increase the percentage of coworkers under 34 in salaried exempt positions to be more reflective of the under 34 coworker population in our stores |

CONFIDENTIAL

# HOW DO WE GET THERE

Diversity & Inclusion in the US

CONFIDENTIAL

# SIX STEPS FOR  INTEGRATING DIVERSITY AND  INCLUSION INTO OUR BUSINESS

**1** Establish the mindset for diversity and inclusion

**2** Analyze co-workers' diversity

**3** Set local goals for diversity

**4** Develop a local action plan

**5** Create an infrastructure to leverage coworkers' diversity

**6** Measure diversity and inclusion

IKEA-101759

# SIX STEPS FOR INTEGRATING DIVERSITY AND INCLUSION INTO OUR BUSINESS

 Establish the mindset for diversity and inclusion

1. Build D&I competence within our Organizational Triangle and line managers through D&I training
2. Anchor the business case and "why" behind D&I initatives
3. Work with resisters/late adopters and outliers in a strategic way

 Analyze co-workers' diversity

1. Add D&I metrics to existing HR Scorecard with monthly reporting
2. Share national D&I KPI's 1x per tertial

CONFIDENTIAL

# SIX STEPS FOR INTEGRATING DIVERSITY AND INCLUSION INTO OUR BUSINESS

 Set local goals for diversity

1. Continue with Store Manager PE goals
2. Establish Function level goals Diversity & Inclusion goals
3. Establish Steering and middle manager PE goals

 Develop a local action plan

1. Ensure each location has a store specific D&I strategy with clear goals & tactics
2. Establish a US Diversity & Inclusion Council to drive the US D&I national plan
3. Establish a US D&I responsible as part of USHR to own D&I initiatives
4. Anchor Diversity Sourcing strategy and national partnerships with non-for profit or advocacy organizations
5. Roll out Global diversity trainings

CONFIDENTIAL

# SIX STEPS FOR INTEGRATING DIVERSITY AND INCLUSION INTO OUR BUSINESS

 Create an infrastructure to leverage coworkers' diversity

1. Launch an IKEA US Inclusion week celebrating individual uniqueness
2. Orchestrate national involvement and activities for International Women's Day & other days that celebrate diversity focus areas.
3. Create a framework and activate an IKEA US IWON group
4. Establish a short and long term total rewards strategy that diversity & inclusion goals.

 Measure diversity and inclusion

1. Continue to evolve how we measure and analyze our D&I work through adding KPI's for:

Turnover By Age, Gender, Race/Ethnicity.

Recruitment & Succession Data by Age, Gender, Race & Ethnicity.

L&D engagement or usage related to Diversity & Inclusion Topics.

CONFIDENTIAL

Achieving *diversity in numbers* is only the beginning. True diversity and inclusion will be achieved when we make the most out of *individual differences* for the benefit of the business and our co-workers.

© Inter IKEA Systems B.V.2015
IKEA USA Diversity & Inclusion Toolkit  **Attorney Client Privileged**

IKEA-101763

# Ex. 12

Business Plan FY17-19



Focus Area
# Great Place to Work

### Objectives
IKEA US is a values-driven company, with a strong culture and engaged leaders driving the business through our people.

### Background
We are a diverse group of people working together, sharing our humanistic IKEA values. These values are the foundation for our work.

By living our values, we form the unique IKEA culture where team spirit and togetherness are key.

We will give each co-worker relevant competence development opportunities and turn their interest for home furnishings and life at home into a passion.

Our co-workers are the key to delivering a great customer experience and securing long term profitability.

Our high-performing leaders are passionate about leading the business through people and are committed to making IKEA a great place to work.

### Opportunities
We will grow the business and develop our co-workers by putting a stronger focus on IKEA culture and values.

We will connect with our co-workers more often and use their feedback to strengthen trust and collaboration.

In order to create a great customer experience in a multi-channel environment, growth, and long-term profitability, we will focus on competence development that allows our co-workers to create a great experience for themselves and for our customers.

In FY17 and beyond, we will provide the support needed for current leaders, future leaders, and those in transition to strengthen their leadership capabilities and the four key roles: leading, managing, coaching, and mentoring.

### Strategy #1
We create engagement through sharing and living our culture and values.

**FY17 Tactics:**
Develop leaders to act as cultural ambassadors. (Fy17/18)

Ensure co-workers are connected to our culture and values in every function of the business. (Fy17/18)

Linking our celebrations to our culture and values (manager/co-worker of the month, holiday parties) (Fy17/18)

Leverage the art and skill of storytelling as a way to connect people to our culture and values. (FY18)

IKEA-103004

Business Plan FY17-19



**Strategy #2**
Establish an inter-dependent workforce built on trust and collaboration.

**FY17 Tactics:**
Create more transparency and awareness around our ways of working and processes, both nationally and in the store (i.e. business plan process, USMT).(Fy17)

Provide coworkers with a consistent way to give us input on how we can improve beyond VOICE thus, creating a constant feedback loop with our co-workers. (FY18)

Find new and more effective methods to reach and communicate with our many co-workers (actions: email/internet for all, Yammer). (Fy17)

Working together as one IKEA within teams and across organizations. (FY18)

**Strategy #3**
Develop competent, diverse leaders in a comprehensive, systematic, and sustainable way.

**FY17 Tactics:**
Integrate culture, values and trust into all leadership and development programs. (FY17)

Build a performance management approach based on our values and trust in people. (FY18)

Develop current and future leaders through a coaching and mentoring. (FY17)

Support leaders in their transition from leading self to leading others.(Fy17)

**Strategy #4**
Contribute to a great customer experience with helpful, knowledgeable and friendly co-workers at all touch points.

**FY17 Tactics:**
Launch multi-faceted learning programs that support our multi-channel, customer-centric approach. (FY18)

Empower co-workers and provide continuous learning opportunities (action: MyLearning). (FY17)

Create a simplified, realistic, and consistent on-boarding program for co-workers. (FY18)

Share our knowledge about home furnishings solutions and life at home with our co-workers. (FY17/18)

IKEA-103005

Business Plan FY17-19



| Goals | Culture & Values | | | |
|---|---|---|---|---|
| | **NOW** | **FY17** | **FY18** | **FY19** |
| Co-Worker VOICE Score* | 743/723 743/831 | 750 | 775 | 800 |
| Gap managers/non managers * | 108 | <100 | <90 | <80 |
| Individual engagement * | 63% | 66% | 69% | 72% |
| Trust in Unit Management * | 69% | 72% | 75% | 78% |
| I am proud of working for IKEA and would gladly tell people about it * | 84% | 87% | 90% | 93% |
| GOALS | Leadership & Competence | | | |
| | **NOW** | **FY17** | **FY18** | **FY19** |
| Leadership Index * | 77% | | | |
| There are helpful knowledgeable staff when needed : **Staff knowledge** ** | | +3% per year | +3% per year | +3% per year |
| There are helpful knowledgeable staff when needed : **Staff helpfulness** ** | | +3% per year | +3% per year | +3% per year |
| Staff competent and **well informed** ** | | + 2% per year | + 2% per year | + 2% per year |

Business Plan FY17



## Focus Area
# Great Place to Work

**Objectives**
IKEA US is a great place to work, offering an outstanding co-worker experience.

**Background**
We are dedicated to promoting the well being of our co-workers. We want our co-workers to trust us and experience IKEA as a great place to work. A modern and humanistic workplace builds on our culture and values and is defined by the way we work together, the working conditions and the working environment. We will nurture pride and engagement in all of our co-workers. We always provide a safe, healthy, and fun work environment. Our complete rewards offer is co-worker and customer centric and supports our long term growth and profitability objectives.

**Opportunities**
We will provide a competitive total rewards offer that supports our co-worker and customer-centric approach, as well as secure long-term profitability.

We will ensure that the non-selling areas are clean, comfortable, and inspiring for our co-workers.

We will build on our labor relations approach by develop our leaders' competence and confidence with regards to global principles.

We will implement IKEA global working conditions and establish a process for measuring compliance.

**Strategy #1**
We will make IKEA a Great Place to Work by offering a Total Reward package that improves our co-workers daily lives

**Tactics:**
We will offer work/life balance benefits, including a co-worker centric leave structure that meets the needs of our co-workers.  (Fy17/18)

We will enhance our benefit offer allowing us to attract and retain diverse talent.(Fy17/18)

Deliver a simple and transparent compensation policy that is easy to understand by our co-workers.(FY17)

We will leverage the purchasing power of IKEA to offer an array of voluntary benefits that meet the desires of our many co-workers. (FY18)

**Strategy #2** We will build on our labor relations approach through collaboration, respect, and ongoing dialogue; engaging our co-workers and respecting their individual needs.

**Tactics:**
Proactively lead with communications for all stakeholders. (Fy17)

Educate and inform our co-workers about their choice without facilitating a preference (FY17)

Build our leaders competence and confidence around the global co-worker principles, third-party activity, and labor relations so that they can confidently and competently engage our co-workers (Fy17)

IKEA-103007

Business Plan FY17



**Strategy #3**
Continue to enhance our safe and healthy workplace for our co-workers.

**Tactics:**
Provide clean, comfortable, and inspiring co-worker non-selling areas that reflect our home furnishing expertise. (Stores to ARC in FY17)

All co-workers have access to a nutritious meal regardless of shift. (Fy18)

Create awareness and access around wellness and well being in the workplace.  (FY18)

**Strategy #4**
We will lead the retail industry in the US through ensuring the alignment and consistent application of IKEA's global approach to employment standards.

**Tactics:**
Anchor the understanding and awareness of IKEA's approach to employment standard amongst all managers. (Fy17)

Establish a 2 year national and store by store plan to align with global employment standards with 100% compliance by FY19. (Fy17-Fy19)

Establish a process to measure and monitor working condition and labor compliance. (Fy17-19)

Align  leaders around new Global HR analytics Dashboard, update/adjust US HR Scorecard to provide a more robust picture of our people business. (FY 17/18)

Establish a scheduling approach that aligns with global employment standards and is co-worker and customer centric. (FY17)

CONFIDENTIAL

Business Plan FY17



| | Now | 17 | 18 | 19 |
|---|---|---|---|---|
| Comp store turnover | 30% | 25% | 20% | 15% |
| New store turnover | 50% | 45% | 40% | 35% |
| Treating its employees well *** | 43% | 45% | 46% | 47% |
| There are helpful knowledgeable informed staff when needed. Staff knowledge (store country report) | | | | |
| Staff helpfulness | 82% | 84% | 86% | 88% |
| Staff knowledgeable | 81% | 83% | 85% | 87% |
| Staff availability | 73% | 75% | 77% | 79% |
| | | | | |
| There is an atmosphere of trust where disagreements and conflicts can be discussed in an honest way* | 66% | 68% | 70% | 72% |
| Average # of days to Close an ispeak | 41 | 35 | 29 | 23 |
| % of co-workers who receive corrective actions | | Reduce by 10% | Reduce by 10% | Reduce by 10% |

Business Plan FY17



Focus Area
# Great Place to Work

Objectives
IKEA US is an inclusive workplace where we attract, develop, and retain diverse talent.

## Background
Every person is seen as a talent and every individual contributes to the growth of the business.

Our people forecast is to add 23,000 new co-workers and 1,400 new leaders by 2020. You told us in the week 38 workshop that we should prioritize hiring for potential to prepare for future growth.

We believe in people and we invest in their development so they feel recognized and appreciated. Our leaders hire for potential, spot talent early, and provide development so co-workers have the opportunity to grow with the business.

Our leaders also understand and act on diversity and inclusion, where everyone feels welcomed respected, supported, and valued. All our leaders, current and potential, act as brand ambassadors for a "Great Place to Work."

## Opportunities
In FY17 we will anchor our recruitment and talent approach, hiring for values, customer centricity, home furnishings interest, and potential.

We will establish a high-volume recruitment process that provides the right amount of talent in the right place and at the right time.

We will focus on spotting internal talent earlier and accelerating co-worker development to develop a talent pipeline ready to meet our expansion goals.

We will integrate diversity and inclusion into all aspects of our business, thereby creating an inclusive climate.

## Strategy #1

Establish a seamless recruitment process that will allow us to successfully attract and hire 23,000 coworkers to meet our future expansion needs.

**Tactics:**
Redesign the recruiting process for existing and new stores to reach more candidates. (FY17)

Implement new recruitment initiatives, to brand IKEA as a great place to work, improve candidate flow and target specific candidates. (FY17)

Anchor new selection criteria hiring for our values: customer centricity, home furnishings interest, and potential (Leader in Life @Home).(FY17)

Leverage more talent acquisition analytics to measure the candidate experience and steer recruiting efforts.(FY17/18)

IKEA-103010

Business Plan FY17



### Strategy #2
Spot more talent and develop talent faster

**Tactics:**
Improve how we spot talent and align the identification of talent with the IKEA definition of potential.
Increase the success rate of the ADP training programs.

Improve succession bench through internal employer branding and promotion of career path options.

Find new ways to advance potential/successors with limited mobility.

Establish accountability and reward leaders for developing talent. (Fy18)

Stack the bench with potential, hire talent in advance of the need. (FY18)

### Strategy #3
Anchor and implement the IKEA Group Diversity & Inclusion Approach nationally and locally in every unit

**Tactics:**
Anchor the business case and "why" behind our D&I initiatives (FY17)

Create a framework and activate national and store co-worker diversity networks (FY17)

Measure and analyze our D&I work in a way that creates awareness and energy around D&I performance measures (FY17)

Launch an IKEA US Inclusion Week celebrating individual uniqueness. (FY18)

Build D&I competence within our organization. (FY18)

Work with late adopters and outliers in a strategic way. (FY19)

Orchestrate national activities that engage external stakeholders. (FY19)

IKEA-103011

Business Plan FY17



| Goals | Talent & Succession | | | |
|---|---|---|---|---|
| | **NOW** | **FY17** | **FY18** | **FY19** |
| Have you had an annual development talk with your manager within the past twelve months?* | 80% | 90% | 95% | 100% |
| Promotion % of ADP candidates 1 year post graduation to calculate promotion rate. | 44% Class of 2014 – 1 year later | 50% | 55% | 60% |
| % of High Potentials at all levels High Potential/Good & High Performance | 17.7% | 21% | 24% | 27% |
| All managers/specialists must have a defined successor ready within a committed period of time (12, 24, 36 months) | 84% 15% are ready now 13% ready within the year 56% ready in 1 to 3 years | 90% | 95% | 100% |
| Time to Fill - hourly co-workers | 38 days | 25 days | 20 days | 17 days |
| Managers | 46 days | 35 days | 30 days | 27 days |
| Candidate Satisfaction- Need a way to measure?? | Global survey in progress | | | |

| Goals | Diversity & Inclusion | | | |
|---|---|---|---|---|
| | **NOW** | **FY17** | **FY18** | **FY19** |
| Diversity and inclusion in every unit: % of stores where co-workers reflect local market and where management team reflects the diversity of co-workers D&I recap | 13 out of 41 Stores 31% | 50% | 65% | 80% |
| Store Manager Gender Balance M/F | 60/40 | +3% per year | +3% per year | +3% per year |
| Age distribution & engagement, including focusing on young potential and on 50+ | TBD | TBD | TBD | TBD |
| % of coworkers that believe their manager actively seeks input from people with diverse backgrounds, views, and approaches* VOICE | 74% | 76% | 78% | 80% |
| % of co-workers that believe their manager recognizes diverse potentials and utilizes them for the best results VOICE | 73% | 75% | 77% | 80% |
| % of leaders to complete D&I training offer: Unconscious Bias, Generational | 0% | 50% | 100% | Introduce to Co-workers |

IKEA-103012

# Ex. 13

Business Plan FY17



## Focus Area
# Great Place to Work

### Objectives
IKEA US is a great place to work, offering an outstanding co-worker experience.

**Background**
We want our co-workers to trust us and experience IKEA as a great place to work. A modern and humanistic workplace builds on our culture and values and is defined by the way we work together, the working conditions and the working environment.

We will nurture pride and engagement in all of our co-workers. We always provide a safe, healthy, and fun work environment.

Our complete rewards offer is customer and co-worker centric and supports our long term growth and profitability objectives.

**Opportunities**
We will provide a competitive total rewards offer that supports our co-worker and customer-centric approach, as well as secure long-term profitability.

workers.

We will build on our labor relations approach by develop our leaders' competence and confidence with regards to global principles.

We will ensure that th    Strategic    clean, comfortable, an    planning the    Curriculum    Started    bal working    IKEA Way    Open curriculum    rocess for

**Strategy #1**
We will make IKEA a Great Place to Work by offering a Total Reward package that improves our co-workers daily lives. (OK, rated number 1)

**Tactics:**
We will offer work/life balance benefits, including a co-worker centric leave structure that meets the needs of our co-workers.

We will enhance our benefit offer allowing us to attract and retain diverse talent.

Deliver a simple and transparent compensation policy that is easy to understand by our co-workers.

We will leverage the purchasing power of IKEA to offer an array of voluntary benefits that meet the desires of our many co-workers. (FY18)

**Strategy #2 (OK, rated number 3)**
We will build on our labor relations approach through collaboration, respect, and ongoing dialogue; engaging our co-workers and respecting their individual needs.

**Tactics:**
Proactively lead with communications for all stakeholders.

Educate and inform our co-workers about their choice without facilitating a preference

Build our leaders competence and confidence around the global co-worker principles, third-party activity, and labor relations so that they can confidently and competently engage our co-workers

Business Plan FY17



**Strategy #3 (needs revision, rated number 2**
**Continue to** enhance our safe and healthy  workplace for our co-workers.  (Mike C & Richelle asked that we not use the phase create a safe and healthy work environment)

**Tactics:**
Provide clean, comfortable, and inspiring co-worker non-selling areas that reflect our home furnishing expertise. (FY18) Is this for stores to ARC or do we provide a central direction?

Create awareness and access around wellness and well being in the workplace. (FY18) ?  Stores flu shots, lactation rooms, etc

**Strategy #4 (Should this one remain or do we use 17 to create awareness and preparation, rated number 4 and very confusing)**
We will lead the retail industry in the US with alignment around IKEA global working conditions. Stores do not know what this is? Has this been released ?

**Tactics:**
Implement IKEA global working conditions

Measure and

Develop HR a

Establish a so

> Do we remove this strategy for stores &
> ARC this as an HR group in
> preparation for an '18 store
> launch?



Business Plan FY17

## Goals

## WORKPLACE

|  | Now | Goal FY18 |
|---|---|---|
| I am proud of working for IKEA and would gladly tell people about it * | 80% | +3% per year |
| Treating its employees well *** | 35% | +2% per year |
| Staff turnover: Range |  | 10-20% dependent on market conditions |
| There are helpful knowledgeable staff when needed : Staff availability ** | 64% | +3% per year |
| Staff available when needed *** | 51% | +2% per year |

\* VOICE
\*\* ICSS
\*\*\* Brand Capital

| Author: Camilla Meiby<br>Approved: Nabeela | **Strategic Human Resource US** | Date: |
|---|---|---|

MEETING MINUTES

# Strategic Human Resource (GPTW) US
## December 7th, 2016

**Participants** – Nabeela, Johan, Camilla, Tracey, Sonja, Rich, Edward, Shilpa, Karen, Eric,

-----------------------------------------------------------------------------

The feedback from the Board was to bring more co-worker insight to the spring Board meeting.

## IKEA GPTW Objective

**IKEA US is a values-driven company, with a strong culture and engaged leaders driving the business through our people.**

1. We create engagement through sharing and living our **culture and values**.
2. Establish an inter-dependent workforce built on **trust and collaboration**.
3. Develop **competent, diverse leaders** in a comprehensive, systematic, and sustainable way.
4. Contribute to a **great customer experience** with helpful, knowledgeable and friendly co-workers at all touchpoints.

**IKEA US is a great place to work, offering an outstanding co-worker experience.**

1. We will make IKEA a Great Place to Work by offering a **Total Reward package** that improves our co-workers daily lives
2. We will build on our labor relations approach through **collaboration, respect, and ongoing dialogue**; engaging our co-workers and respecting their individual needs.
3. Continue to enhance our **safe and healthy workplace** for our co-workers.
4. We will lead the retail industry in the US through ensuring the alignment and **consistent application of IKEA's global approach to employment standards.**

**IKEA US is an inclusive workplace where we attract, develop, and retain diverse talent.**

1. Establish a seamless recruitment process that will allow us to successfully **attract and hire 23,000 coworkers** to meet our future expansion needs.
2. Spot more talent and **develop talent faster**
3. Anchor and implement the IKEA Group **Diversity & Inclusion Approach** nationally and locally in every unit

**Major Talent Measures/Outcomes**:
- Leadership
- Ensuring the co-worker IKEA experience is the same as the managers (gap)

• Improve co-worker engagement (communication, involvement, decision making)

## Co-worker insights

We went through the result from different co-worker surveys:

**Fortune** 100 is built on a trust model
574 responses
83% of the responses answered positively, even if this is positive were lacking in the positive compared to the average top 100 company. We will know the final ranking until March. Were we lack in most is credibility. Strongest strength is the unique benefits. Opportunities is in fairness in recruitment, and fairness in development and promotion, and recognition and celebration. If we can focus on this through O4G, when we talk about governance model and also introducing interdependent ways of working and also celebrating.
When we talk about caregivers, to look into the benefit for elders.
Look into how to support the tenure co-workers, how do we engage the tenure co-workers and support them.
What is the barriers when it comes to development and opportunities in development: We need to focus on the recruitment process, to be treated respectful, to receive feedback.
Promotions to those who best deserve it.
For FY18 we will modernize and update our recognition policy. It's also how we recognize and give feedback on a daily basis.

**IKEA Ipulse (GLINT)**
Overall engagement is 77%
82% response rate and 49% commented.
Highest drivers score: Recommend IKEA, manager confident, trustful relationship, empowerment and team.
Low driving scores: Organizational Change, action taking, recognition, innovation, leadership

We are now working on how to share the Ipulse survey result and sharing and also how we act on the input.
New survey will be in the same stores in Feb/March and have changed some of the questions.

## Happy co-worker survey

We had a handful of stores taken this survey, 1061 responses. Targeting working conditions, scheduling, rewards.
It's very clear that we need to focus on the 28 days in advance schedule but it's not important to our o-workers to have a longer advance notice schedule.

Input to O4G, to explore if we could plan in communication around a high level of different roles different functions could be migrated to.

## VOICE exit survey

IKEA-034575

65% of the co-workers leaving will be promoting IKEA as an employer, 12% are detractors and 23% are passive.
56% would stay if they felt more opportunities were available and expect this to be better at a new employer.
Almost 60% say that they would have stayed IKEA is the new that new opportunities was available. In general it's a very positive. This survey show that they have a very high confidence in the management and immediate manager over 70%,
Main reasons for leaving:


Conclusions

Now we have the insights and have the input and what do we know do with this insights and how do we tell the story.
Next step to do a SWOT and then leading to key opportunities and the strategies and leading into the BPL FY18. To make
Bring to Store and HR Managers with a co-worker insights.

We will clean and simplify this more, sharpen SWOT, input to the HR and Store Managers, into BPL and RD.

CONFIDENTIAL

| Author: Eric Approved: | **Strategic Human Resource US** | Date: |
|---|---|---|

## MEETING MINUTES
# Strategic Human Resource (GPTW) US
## March 15, 2017

**Participants** – Simon, Johan, Camilla, Tracey, Rich, Shilpa , Eric, Gabrielle
--------------------------------------------------------------------------

The feedback from the Board was to bring more co-worker insight to the spring Board meeting.

## IKEA GPTW Objective
**IKEA US is a values-driven company, with a strong culture and engaged leaders driving the business through our people.**
1. We create engagement through sharing and living our **culture and values**.
2. Establish an inter-dependent workforce built on **trust and collaboration**.
3. Develop **competent, diverse leaders** in a comprehensive, systematic, and sustainable way.
4. Contribute to a **great customer experience** with helpful, knowledgeable and friendly co-workers at all touchpoints.

**IKEA US is a great place to work, offering an outstanding co-worker experience.**
1. We will make IKEA a Great Place to Work by offering a **Total Reward package** that improves our co-workers daily lives
2. We will build on our labor relations approach through **collaboration, respect, and ongoing dialogue**; engaging our co-workers and respecting their individual needs.
3. Continue to enhance our **safe and healthy workplace** for our co-workers.
4. We will lead the retail industry in the US through ensuring the alignment and **consistent application of IKEA's global approach to employment standards.**

**IKEA US is an inclusive workplace where we attract, develop, and retain diverse talent.**
1. Establish a seamless recruitment process that will allow us to successfully **attract and hire 23,000 coworkers** to meet our future expansion needs.
2. Spot more talent and **develop talent faster**
3. Anchor and implement the IKEA Group **Diversity & Inclusion Approach** nationally and locally in every unit

**Major Talent Measures/Outcomes**:
- Leadership
- Ensuring the co-worker IKEA experience is the same as the managers (gap)
- Improve co-worker engagement (communication, involvement, decision making)

IKEA-034577

**Performance & Development Process**

Background
- We looked at other companies and how they approach the development and PE process
- Yearly process that is heavy and cumbersome
- Global form was updated

Our approach moving forward
- Meaningful conversation around performance and contributions
- First person feedback
- Opportunity for growth and development
- Recognize successes and growth

May/June/July
- Goals written and agreed upon for new FY
- Business goals

Nov/Dec
- Previous year goals achievement
- Strengths and opportunity
- Documented and delivery

Jan
- Merit increase

On anniversary
- Development talks and plans with monthly 1 on 1

We will clear up that leaders direct reports own this process (7-10)
Hire date vs. hire date in position
Having some way to ping the leader when they need to enter the tool.

FY17

- We need a simple approach to take care of the CW's in the stores  where we are looking at goal achievement, strengths and opportunities
- SO- Look at a way to both get the feedback from current and future state leaders

Communicate the process in May to Store Managers

IKEA-034578

# Ex. 14

| From: | Rafael Fantauzzi </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=65105E992DA4447B90D7FB03D9A10BDC-RAFAEL.FANT> |
|---|---|
| To: | Brittany Claffey; Melissa Thompson Whitney; Christine Whitehawk |
| CC: | Simon Lowes; Lars Karl Johan Petersson; Nabeela Ixtabalan; Tracey Kelly |
| Sent: | 3/5/2018 3:21:27 PM |
| Subject: | FW: our equality booklet |
| Attachments: | D&I_booklet_2018.pdf |

Hej All, please see below message from Sari. We will certainly embrace this new direction for FY19. Our current FY18 work is helping anchor the foundation developed by Global, so migrating into Equality and Inclusion is already a natural progression.

FYI, I've requested a meeting with Sari to discuss FY19. The Global D&I Ambassadors will have a convening in Hubhult on April 23rd – 25th, stevie and I are planning to attend (upon approval by Simon/Lars).

Regards, Rafael

**From:** Sari Brody
**Sent:** Monday, March 05, 2018 5:00 AM
**To:** DL Global D&I Network_Inter <dl.global.d&i.network_inter@ikea.com>; DL Global Diversity and Inclusion Network <dl.global.diversity.and.inclusion.network@ikea.com>
**Subject:** our equality booklet

Dearest Diversity and Inclusion Ambassadors!
I would like to introduce to you our NEW Equality booklet!!
This will replace the original Diversity and Inclusion booklet.

What's new?
·   A new context – we have a new IKEA direction, new retail direction, new people strategy- Equality supports our business direction.
·   Adding Equality to the mix of diversity and inclusion and defining all
·   A new equality statement from our CEO Jesper- replacing the D&I statement from Peter
·   Slight revision of the 6 steps – explanation and clarification
·   A focus on inclusion – details of the inclusion model
·   Addition of inclusive/exclusive behaviours
·   New look and feel!

Please use it in your organisations.
Order it for your leaders and especially for spokespersons for our brand, for equality, for people and culture.

You will receive a hard copy during our meeting in April.
Please review and let us know if you have questions.

Best regards

**WE WILL GO ALL IN ON EQUALITY AND WE NEED YOU ALL TO COMMIT TO IT AND SUPORT IT IN YOUR LOCATIONS**
**TOGETHER WE WILL MAKE A DIFFERENCES IN OUR ORGANISTION AND IN SOCIETY!**

BEST REGARDS
Antonio, Tie and Sari

IKEA-041259

Sari E Brody
Global Equality and Leadership Manager
IKEA Services AB

Mobile: +34-656-533-246

IKEA-041260

**THE IKEA GROUP DIVERSITY & INCLUSION APPROACH**

# GOING ALL IN ON EQUALITY



IKEA-041261



# CONTENTS

4    Purpose

6    Going All In On Equality

9    Why Diversity & Inclusion at IKEA Group?

14    Definitions of Equality, Diversity & Inclusion

17    IKEA Group Equality Idea

19    6 Steps for Integrating Diversity & Inclusion into Our Business

24    The Inclusion Model

34    Inclusive/Exclusive Behaviours

38    The Global Diversity & Inclusion Network

3

IKEA-041262

# PURPOSE

The purpose of this document is to present our systematic approach for going all in on equality.





## THE BUSINESS CONTEXT

IKEA ambition is to lead home-furnishing retail into the future, and create a better everyday life for more of the many people, by putting the customer at the heart of all we do.

Our humanistic culture and values are what makes us unique as an organisation and our people are critical for our business success. Therefore, we choose to create a diverse and inclusive work environment in which we all thrive and equality is integrated throughout the entire business planning process.

**IKEA Direction** is focused on three roads forward: **1.** more affordable IKEA, **2.** reaching many more of the many people, and **3.** creating positive impact on people, society and the planet.

**The Retail Direction** is our plan for delivering to the three roads forward through 10 jobs in 3 years.

Job #10 is about creating a people movement and making our culture and values a living reality. This job – focused on our people – is the key to the success of all business initiatives. Our people strategy supports this job.

**People Strategy** demonstrates the strategic importance of our people and its main objective is to help us become an **IKEA for the many, by the many**, and one main strategic initiative is about GOING ALL **IN ON EQUALITY**.

IKEA-041263

# GOING ALL IN ON EQUALITY



At IKEA Group, we are committed to going all in on equality. Equality is a fundamental human right and it is reflected in our values.

To reach equality we will focus both on the diversity of our workforce as well as on fostering a culture of inclusion in our work environment.

Focusing on diversity & inclusion is the right thing to do; it is also essential to the success of our business.

A diverse and inclusive work environment- where co-workers feel valued for their uniqueness and recognised for their diverse talents- benefits our business and contributes to our ambition to be appreciated and recommended as a unique, meaningful, and trusted employer.

By making equality our competitive advantage we increase our ability to serve a diverse customer base and contribute to positive change in society.

6

7

IKEA-041264



# WHY DIVERSITY & INCLUSION AT IKEA GROUP ?

**1**  EQUALITY IS A HUMAN RIGHT AND IS REFLECTED IN OUR VALUES

**2**  A NEW REALITY

**3**  DIVERSITY & INCLUSION IS A BUSINESS NECESSITY

9

IKEA-041265



## EQUALITY IS A HUMAN RIGHT AND IS REFLECTED IN OUR VALUES

Being a humanistic company, many of our values reflect our belief in people and our respect for each other.

**TOGETHERNESS** is at the heart of our culture. Everyone is important and everyone contributes.

We believe in people. We believe in diversity, equality and inclusion; they increase our understanding of our customers and of each other.

**CARING FOR PEOPLE** who come from different backgrounds (age, gender identity, sexual orientation, physical ability, ethnicity, race, nationality, religion, marital or family status, or any other dimension of their identity); they enrich our culture.

**LEAD BY EXAMPLE.** We are at our best when we can be ourselves. Our uniqueness makes IKEA better.



**– your uniqueness makes IKEA better**



## A NEW REALITY

New global megatrends are creating a new reality

- Globalisation, hyper-connectivity and digital innovations are changing the nature of consumption, competition, how markets work, and what consumers expect.

- Demographic, societal, and political shifts are forcing companies to adapt, respond, and embrace the new workforce, and leverage diversity in order to reap the benefits.

- We live in times of disruption, increasingly being challenged by our surroundings. Navigating the disruptive environment and thriving in it requires collaboration with people from different backgrounds to challenge each other, find creative solutions and thereby respond to the complexity we are facing every day.

**In the new reality, diversity & inclusion is no longer an option. It is a**



IKEA-041266





## DIVERSITY & INCLUSION IS A BUSINESS NECESSITY

- By reflecting the diversity of our markets, we broaden our customer base and tap into new markets. Diverse co-workers enable better understanding and support of our customers' needs.

- Diversity increases creativity and innovation. Recruiting from the entire pool of diverse talents means that we can attract the most skilled co-workers.

- Inclusion creates a desirable workplace for co-workers; it increases their satisfaction and reduces turnover rates. When co-workers feel appreciated and valued, their contribution and loyalty increase.

- Applicants who join the labour market have a preference to work for a company that is environmentally and socially responsible; a company that reflects the diversity of the market and cares for its people.

- Consumers prefer to shop in a trusted company with a meaningful brand; a company that reflects their diversity and behaves in a socially and environmentally responsible way.

13

IKEA-041267

# DEFINITIONS

## EQUALITY

Equality is a basic human right. As a humanistic, values driven company, IKEA group is committed to going all in on equality, providing fair treatment and equal opportunities for all.

## DIVERSITY

Diversity at IKEA Group refers to the different identity groups of our co-workers. This includes age, gender identity, sexual orientation, physical ability, ethnicity, race, and nationality (these are physical or social attributes that typically cannot be easily changed).

Diversity also includes spirituality, religion and belief, learning styles, family status and any other individual characteristic (all elements that can be more easily changed).

## INCLUSION

Inclusion at IKEA Group is about creating a work environment in which we are all successful because we feel valued, respected, supported and appreciated.

It is about developing supportive, flexible and collaborative ways of working, it's about practicing inclusive behaviours daily and it's about leveraging our differences to benefit our business and our community.





INCLUSION IS EVERYONE'S RESPONSIBILITY!

15

IKEA-041268



# IKEA GROUP
# EQUALITY IDEA

IKEA is a humanistic, values-driven company. We are committed to going all in on equality, recognising that equality lies at the heart of human rights.

We treat each other fairly and provide all our co-workers with equal opportunities. We create an inclusive work environment and aim to contribute to positive change in all areas of our business and in society.

We value individual differences and encourage our co-workers to be themselves, because the uniqueness of each individual makes IKEA better.



17

IKEA-041269

**Leveraging diversity & inclusion is an investment in our co-workers and in our business**



# SIX STEPS FOR **INTEGRATING DIVERSITY & INCLUSION** INTO OUR BUSINESS

## OVERVIEW

These steps guide our leaders in creating a diverse and inclusive workplace:




Establish the mind-set for diversity & inclusion

Analyse co-workers' diversity & inclusion


Set local goals for diversity & inclusion


Develop a local action plan for diversity


Create an infrastructure for inclusion


Measure diversity & inclusion

19

IKEA-041270

# THE STEPS IN DETAIL

 **ESTABLISH THE MIND-SET FOR DIVERSITY & INCLUSION**

Determine the value added and the potential barriers for diversity & inclusion: Demonstrate diversity & inclusion in your daily behaviours, as it is anchored in our humanistic culture and in our values.

Build a local business case for diversity & inclusion by creating an open discussion about value added vs. barriers for diversity & inclusion in your organisation.

Diversity & inclusion is everyone's responsibility. Get buy-in and commitment from leaders and ensure all IKEA co-workers take part in contributing to a diverse and inclusive work environment.



 **ANALYSE CO-WORKERS' DIVERSITY & INCLUSION**

**DIVERSITY** - analyse co-workers' diversity on gender, age, nationality, race (if applicable), and any other dimension that is relevant for your team (e.g. learning styles, work experience).  Ensure your local diversity reflects your market diversity.

**INCLUSION** - measure the perception of inclusion by your co-workers and follow the inclusion model.

 **SET LOCAL GOALS FOR DIVERSITY & INCLUSION**

**DIVERSITY GOALS**

| | |
|---|---|
| **GENDER** | 50/50% gender balance in all levels of leadership, functions and positions |
| **NATIONALITY** | Multinational organisation, mirroring your local market |
| **AGE** | Age distribution, reflecting the many generations in the labour pool |
| **OTHER*** | |

**INCLUSION GOALS**

| | |
|---|---|
| **UNCONSCIOUS BIAS** | Increasing awareness of unconscious bias |
| **INCLUSION** | Improving perception of inclusion by all co-workers |
| **OTHER*** | Providing flexible work arrangements to include co-workers from all life situations |

\* Local goals that are relevant for your market.

IKEA-041271

 ## DEVELOP A LOCAL ACTION PLAN FOR DIVERSITY

Build a diverse co-worker population, which reflects the local market, by integrating diversity into:

**RECRUITMENT**

- Review job ads for inclusive language
- Select diverse sources for recruitment
- Ensure diverse interviewers
- Train interviewers for unconscious bias when screening applications and when interviewing

**COMPETENCE DEVELOPMENT**

- Ensure program participants reflect diversity
- Ensure your training programmes integrate the topic of diversity
- Train to increase awareness on unconscious bias

**SUCCESSION**

- Ensure your bench closes the diversity gaps in leadership positions

**BUSINESS PLANS (UNIT/DEPARTMENT/FUNCTION)**

- Ensure your business plan reflects focus on increasing diversity in all levels and all functions
- Communicate diversity goals in the business plan to all co-workers

## 5 CREATE AN INFRASTRUCTURE FOR INCLUSION

Using the inclusion model, ensure your work environment is inclusive through:

**VALUES-DRIVEN CULTURE**

- Linking our vision, values and culture to inclusion
- Demonstrating inclusion in our daily behaviours

**INDIVIDUAL DIVERSITY COMPETENCE**

- Developing co-workers' diversity competence

**EMOTIONAL INTELLIGENCE**

- Focusing on emotional intelligence:
  - self-awareness
  - others' awareness

**INCLUSIVE SYSTEMS**

- Ensuring our HR practices and systems are inclusive



IKEA-041272

# THE INCLUSION MODEL

At IKEA Group we ensure that our work environment is inclusive through our Inclusion Model.





Individual Diversity Competence



INCLUSION

Values-Driven Culture



Emotional Intelligence



Inclusive Systems

25

IKEA-041273

# VALUES DRIVEN CULTURE

At IKEA Group we see every co-worker as a unique talent and we know the diversity of our co-workers contributes to the growth of our business.

Working on this component of the Inclusion Model means defining activities, taking actions and demonstrating behaviours that enable our co-workers to bring their whole self to work and to thrive in our inclusive work environment.

- Our **Policy on Human Rights and Equality** states that everyone has the right to be treated fairly and be given equal opportunities.

- All our leaders are responsible for identifying and minimising barriers for diversity & inclusion in their organisation, and this is reinforced through our **Code of Conduct** and our **Standard on Equality**.

- Diversity & inclusion is integrated into **IWAY Standards** – IKEA way of working with suppliers, which defines the requirements from our suppliers to comply with human rights.

- Each year we celebrate **Human Rights Day**, International Women's Day, and International Day Against Homophobia, Biphobia And Transphobia (IDAHOT).

- IKEA Group organisations are encouraged to take **actions** to promote equality in the workplace and in society.



IKEA-041274

# INDIVIDUAL DIVERSITY COMPETENCE

Inclusion requires knowledge, motivation and skills for working with people from different backgrounds.

Working on this component of the inclusion model means giving all our co-workers the knowledge and skills they need to create and experience a truly inclusive work environment.

- Inclusion is the **responsibility** of every co-worker; it begins with everyone believing in and wanting to work in an inclusive work environment. We expect every co-worker to stand up for themselves and for others ensuring that everyone is treated with respect.

- To create inclusion, every leader is expected to commit to developing their diversity **competence:** learning about different cultures, generations, gender identities and other differences, and understanding what it takes to make all co-workers feel valued and included.

- Our diversity & inclusion workshops raise **awareness** of the importance of working in a diverse and inclusive workplace.

- Our **learning in the business** modules, which are facilitated by our managers during their meetings with co-workers, include knowledge about diversity & inclusion, and real life scenarios to develop capabilities for co-creating a diverse and inclusive organisation.



IKEA-041275

# EMOTIONAL INTELLIGENCE

Inclusion requires vulnerability and honesty about ourselves.

Working on this component of the Inclusion Model means becoming aware of our unconscious biases and minimising them, connecting emotionally with the topic, and learning from others.

- Our training modules enable our co-workers and managers to increase their awareness of their **unconscious biases** about dimensions of diversity, and to take actions to minimise them.

- Our **leaders** are trained to identify unconscious bias in areas such as hiring, talent management and leadership development.



IKEA-041276

# INCLUSIVE SYSTEMS

Working on this component of the Inclusion Model means continuously developing a supportive infrastructure for inclusion.

An inclusive infrastructure is comprised of HR practices and policies that attract and retain the best talent.

- We have identified **equal pay** as a key focus area. We are committed to setting IKEA Group salaries independently of gender, age or any other life situation. We want to ensure equal pay for jobs of equal value by 2020.

- We offer **benefits** for domestic partners in countries that recognise same-sex marriage, civil unions or domestic partnerships.

- We make **reasonable accommodations** for co-workers with specific needs (abilities, spirituality, gender transition etc.) so that everyone can thrive at work.

- We offer **flexible work arrangements** (when applicable), to accommodate for the different life situations of our co-workers.



IKEA-041277

# EXCLUSIVE BEHAVIOURS

## Examples of exclusive behaviours in the workplace

1. Constantly mistaking one person for someone else of that nationality, or saying "Sorry, you all look so similar, I can't tell you apart."

2. Expecting single people to work more because they don't have families

3. Telling jokes that are sexist, homophobic, racist, or make fun of obese people etc.

4. Putting up offensive decorations in your office spaces (bikini calendars, swastikas etc.)

5. Speaking louder or slower to a customer or co-worker with an accent (assuming they cannot understand), unless the person asks you to do so

6. Being impatient and frustrated with people from a different generation

7. Staring at customers or co-workers who have disabilities

8. Not inviting Lesbian Gay Bisexual Transgender (LGBT) families to work parties, or not interacting with them if they come

9. Intentionally avoiding to spend time with someone during breaks, because they are different (age, ethnicity, physical ability, sexual orientation, etc.)

10. Saying things that imply bias such as:
    - "Customers won't be able to understand that accent"
    - "Oh that's so gay!"
    - "Young co-workers will not be able to provide valuable input, since they don't have experience "
    - "Wow you're really good at this for a … (woman, immigrant, senior etc.)"

# INCLUSIVE BEHAVIOURS

## Examples of inclusive behaviours in the workplace

1. Going to lunch or taking a break with someone different from you (e.g. age, gender identity, sexual orientation, physical ability, ethnicity, race, nationality, religious background, body size etc.)

2. Helping customers from different backgrounds equally. Noticing if you tend to focus on certain groups more than others, and adjusting so that you are being fair

3. Speaking up when you notice someone got interrupted or ignored at a meeting

4. Paying attention to everyone's contributions instead of valuing certain opinions more than others

5. Being open to hear contradicting opinions in order to consider different ideas

6. Using neutral words like "partner, spouse" instead of assuming that everyone is in heterosexual relationships

7. Speaking up and letting people know that it's not ok when someone makes a joke that is homophobic, sexist, racist, ageist etc.

8. Asking individuals with disabilities if they want assistance before assuming that they do

9. Showing curiosity and open mindedness to learn about others' cultural differences by asking them questions and sharing your own uniqueness

10. Being open to communication styles that are different from yours so that everyone can contribute and be heard



IKEA-041278



## MEASURE DIVERSITY & INCLUSION

Measure diversity & inclusion and follow up on goals. You can use the table below as guidance:

| GOAL | MEASUREMENT |
|---|---|
| **RECRUITMENT** | Meeting recruitment targets for diversity (e.g. gender, age, nationality, physical ability) |
| | Diversity of qualified candidates (e.g. % male/female of applicant pool, interviewed candidates, and short list for final interviews) |
| | Number and type of recruitment channels (e.g. targeted channels for the dimensions of diversity you have in focus) |
| **COMPETENCE DEVELOPMENT** | % of co-workers participating in leadership programmes based on gender, nationality and age |
| | Focus on diversity & inclusion in programmes |
| | Diversity awareness and education is provided |
| **SUCCESSION & PROMOTION** | % of successors based on gender, nationality and age |
| | Succession bench leads to the desired diverse co-worker population |
| | % of promotion of co-workers from different genders, nationalities and ages |
| | Diversity of leaders |
| **INCLUSION** | Inclusion Index |
| | Equal pay for jobs of equal value |

36



We actively co-create an inclusive work environment together. Every person can take responsibility for diversity & inclusion by reducing exclusive behaviours and increasing inclusive behaviours everyday.

DIVERSITY & INCLUSION IS EVERYONE'S RESPONSIBILITY!

IKEA-041279



# THE GLOBAL DIVERSITY & INCLUSION NETWORK

In order to drive the success of diversity & inclusion throughout IKEA, we have a global Diversity & Inclusion Network, including 70+ diversity & inclusion ambassadors representing various IKEA businesses, functions, and countries.

The purpose of the D&I Network is to create a diverse and inclusive work environment, contributing to positive change in all areas of our business and in society.

The role of the ambassadors is to proactively develop the global D&I agenda and lead its implementation locally, integrating diversity & inclusion into all parts of the business, and enabling our unique and diverse co-workers to grow and develop.

IKEA-041280



– your uniqueness makes IKEA better!



IKEA-041281

# Ex. 15

# In The Matter Of:

*FRANK DONOFRIO v.*
*IKEA US RETAIL, LLC, et al.*

*RAFAEL FANTAUZZI*
*June 16, 2023*

*Terry Burke Reporting*
*Registered Professional Reporters*
*terryburkermr@gmail.com*
*(215) 205-9079*

Min-U-Script® with Word Index

RAFAEL FANTAUZZI                                226

```
 1    for identification.)
 2                    MS. SAINT-ANTOINE:  So I have marked
 3    now as Exhibit P-75.  It is Document 20 on Agile,
 4    and it has got a Bates of IKEA-041261 --
 5                    THE WITNESS:  Okay.
 6                    MS. SAINT-ANTOINE:  -- through --
 7    let me just get the end on there -- IKEA-041281.
 8    BY MS. SAINT-ANTOINE:
 9       Q.  Can you identify what this document is?
10                    MR. SHER:  Take your time reviewing
11    it, Rafael.
12                    THE WITNESS:  Yes.  Yes, yes.
13    (Pause) Yes, the newer version of the
14    diversity -- equality, diversity and inclusion
15    approach, with an emphasis on equality that was
16    something that they had -- that Sari's group had
17    identified as the new focus and direction.
18    BY MS. SAINT-ANTOINE:
19       Q.  And could you turn -- I think it is the
20    second to last page on the document, please.  It
21    is IKEA-041280.  It looks like page 20 on Agile.
22       A.  Yes.
23       Q.  It is 20 on Agile, but it has got an
24    internal it looks like 38 and 39.  Is this a
```

TERRY BURKE REPORTING