**CONSOLE MATTIACCI LAW**

Fighting For Employee Rights for Over 30 Years

1525 Locust Street, 9th Floor, Philadelphia, PA 19102, 215-545-7676
110 Marter Avenue, Suite 502, Moorestown, NJ 08057, 856-854-4000
5 Penn Plaza, 23rd Floor, New York, NY 10001, 917-985-7761

www.ConsoleLaw.com

SUSAN M. SAINT-ANTOINE, ESQUIRE
santanto@consolelaw.com

August 6, 2025

**BY ECF**

Honorable Anita B. Brody
United States District Court for the Eastern District of Pennsylvania
601 Market Street, Room 7613
Philadelphia, PA 19106

**RE:   Donofrio v. IKEA US RETAIL LLC – No. 18-599**
**Paine v. KEA Holding US, Inc., et al. – No. 19-723**
**Antonelli v. IKEA Holding US, Inc., et al. – No. 19-1286**
**Branson v. IKEA Holding US, Inc., et al. – No. 20-5556**
**Paine v. IKEA Holding US, Inc., et al. – No. 23-2113**
**Request for Dismissal Under E.D. Pa. Local Rule 41.1(b)**

Dear Judge Brody:

We write on behalf of the parties to inform the Court that, with Judge Rueter's assistance, the issues between the parties in the above-captioned cases have settled, the Settlement Agreements in each of the cases have been finalized, the necessary paperwork from each plaintiff has been signed, and we respectfully request that the Court enter an Order pursuant to E.D. Pa. Local Rule 41.1(b) dismissing each action with prejudice, without costs, pursuant to the agreement of counsel.

Thank you for Your Honor's considerable time and careful attention given to these cases. Please let us know if you have any questions.

Respectfully submitted,

/s/ Susan M. Saint-Antoine
Susan M. Saint-Antoine

cc:   Stephen G. Console, Esq.
Maria Greco Danaher, Esq.
Brandon Sher, Esq.
Honorable Thomas J. Rueter (ret.)